# UniTed STaTes DiSTricT courT
# For
# The DiSTricT OF RhodeISLand

Norman Laurence JR

CA 07 066

V CA.no

AShbeLT WALL II ETaL

## COMPLAINT

The PlainTiFF Norman Laurence JR is Sueing The deFendanTS For useing A PoLicy That violates his civiL RighTS They use A hidden camera To violate his First AMendMenT To Access oF CourTS IN violaTion OF his SixTh amendMenT As he is pro-se and They wATch him write Lawyers and The attorney GeneraL, poLice, They use The camera To TorTure plainTiFF IN VioLATion OF his EighTh amendMenT To Be Free From CrueL and unuSuaL TreaTMenT AS pLainTiFF has compLained To The attorney GeneralS oFFice, STATe police The SpeciaL INVeSTiGATion uniT, psy-

chiatrists, Socialworkers, psychologist, ACI Superiors and The Federal prosecutors office and The civil Liberties union since 2003. Defendants use The camera To watch plaintiff urinate, Deficate, Masterbate, read Books, They use The camera To determine whether plaintiff has Guilt, and They use The camera To Evaluate him To study him, To Laugh At him, To Gamble on what he may or may not do They share This information with Everyone. They Talk About him so he can hear Them and see Them and when he complains They Laugh in his Face and Tell him he is nuts when he complains To The nurse she Laughs At him. They refer him To Mental Health, while he sees Mental Health and complains About The Camera The Guards stands out side The door and Talk About what officers claim They see Plaintiff do with The camera. while The Mental health deny Theres A camera. The psychiatrist Tells plaintiff he dont want To hear about The camera. Plaintiff is on medication and sleeping pills. Defendants Tape record Plaintiff Talking To Mental Health Experts and Then use These

TAPes To Harass and humiliate PlainTiFF They video TAPe him and develope The TAPes in To photoGraphs and use This To HArass and To humiliate him They share The TApes, pictures and Tape recordings with Society in violation of his First, Fourth, and FourTeenTh amendment To privacy. PlainTiFF is denied mental Health Treatment. DeFendants Know about PlainTiFFs Mental Health history his paranoia schizsophrenia. PlainTiFF Filed Law suits and deFendants and there attorney Michael GranT conspired To committ perJury and Fraud To conceal A cause of action They conspired To conceal TApe recordings, video TApes and photo Graphs That pertain To PlainTiFFs complaints in violation of his consti tutional Rights. DeFendants committed perJury and Fraud By Lieing under oath in interrogatories and have Threat ened ReTaliation, as well As ExTortion DeFendants have used The camera To sexualy harass plainTiFF causeing him mental anguish, There actions with The camera have caused PlainTiFF physical and mental pain and suFFering and Depression and permanent sTiGmatization

plaintiff has been Tortured with a court ordered psychiatrich Report Since 2001 By correctional officers and inmates. Defendants conspired To conceal a cause of Action By conspireing To committ perJury and Fraud By Lieing in There interrogatories. Defendants Actions Are Malicious Sadistic and evil with deliberate indifference with intent To cause physical and Mental harm, psychological pain. The Actions of The director Are Reckless and Gross negligence he has Been aware of the complaints since 2003. The director did not Exercise his duty of care he was Responsible For his Employees Actions and recklessly and carelessly indifferent To plaintiffs constitutional rights. when Plaintiff has A LAW case shepardised he is Forced To pay 5¢ For every piece of paper That depicts Related cases. plaintiff has no JoB But is Forced To pay For LAW That The Library dont have. If plaintiff has no Money They Bill his account, plaintiff will Be Billed a couple hundred dollars For copying This civil claim Plaintiff WAnts To challenge it and he WAnts To challenge That he is denied STATE clothes. Because his Family sends him

SMAll Funds of Money plainTiFF was charged 25¢ For The Legal Forms To File This complainT. DeFendants violated PlainTiFFs Fourteenth amendment To due process and equal protection. Defendant Altered and Forged plaintiffs letters legal letters and Tampared and Altered LeGAl work with The use of white out eraser and a copy Machine They Altered Tape recordings and committed Fraud and perJury with AFFidavits, There actions of potraying PlainTiFF As A child Molester are slander and deFaMaTion of character. oFFicers use personal information They learned From watching him do Legal work and By seeing all his Legal work and psychiatrich Report and TApes To Turn cindy Soccio The STATE police Nurses and counselors against Laurence By putting words comeing out of his Mouth They will write reports and SAy That plaintiFF SAid it. And They constantly SAy incorrect words and numbers To show plainTiFF Knows right From wrong AFTer Being Found Guilty on 2/6/07 Tony AMAral SAid Are you Gonna send AN Appeal To Donna collins, She is called Deputy Collins These people wont let Laurence Breath They All drove Me nuts.

# Jurisdiction

1) This court has Jurisdiction over plaintiffs claim and its Filed pursuant to section u.s.c 1985 conspiracy to violate plaintiffs constitutional rights, and 1983 usc. civil rights

2) This instant civil action is Being Filed As A Eighth amendment violation 9-1-2 9-1-4 9-1-14 9-1-20 9-1-28 9-1-28.1 9-1-30

# parties

3) plaintiff norman Laurence JR is incarcerated at the adult correctional institutions High security center p.o. Box 8200 cranston R.I. 02920

4) Defendant A.Shbel T Wall II is Being sued in his official and individual capacity As The Director of The ACI

5) Defendant Bill BeGones is Being sued in his official and individual capacity as A investigator

6) Defendant Joe Forgue is Being sued as a investigor in his official and individual capacity

7) Defendant Mike Mellucci is Being sued For his official and individual capacity As a correctional officer

8) DeFendant Gary Bouley is Being Sued For his OFFicial and individual CAPACITY AS A correc-Tional oFFicer

9) DeFendant Mr woJTanowsk is Being sued For his oFFicial and individual CAPACITY AS A correcTional oFFicer

10) DeFendant Edward Gannon is Being sued in his oFFicial and individual CAPACITY AS A correcTional oFFicer.

11) DeFendant Donna Gracie is Being sued in her oFFicial and individuAL CAPACITY AS A correcTional oFFicer

12) DeFendant Ronald Renshaw is Being sued in his oFFicial and individual CAPACITY AS A correcTional oFFicer

13) DeFendant John doe Renshaw is Being Sued in his oFFicial and individual CAPACITY AS A correcTional oFFicer

14) DeFendant JAMES weeden is Being Sued in his oFFicial and individual CAPACITY AS A correcTional oFFiers warden.

15) DeFendant Jane doe STore woMen is Being sued in her personal and oFFicial CAPACITY AS A STore woMen

16) DeFendant DepuTy collins is Being sued in her oFFicial and individual CAPACITY

17) DeFendant Michael Grant is Being sued in his official and individual capacity As counsel For The department of corrections

18) DeFendant c/o CLAUSE is Being sued in his official and individual capacity

19) DeFendant c/o nurse cheryl Bailey is Being sued in her official capacity and individual capacity

20) DeFendant Doctor RoBerts A psychiatrist is being sued in his official capacity

21) DeFendant c/o Howard is Being sued in his official and individual capacity

22) DeFendant c/o Sousa is Being sued in his official and individual capacity

23) DeFendant Deputy reynolds is Being sued in his official and individual capacity

24) DeFendant LT carol Getter is Being sued in his official and individual capacity

25) DeFendant LT. GAlagan is Being sued in his official and individual capacity

26) DeFendant LT. Avalai is Being sued in his official and individual capacity

27) DeFendant James henry is Being sued in his official and individual capacity

28) DeFendant Tony Amaral is Being sued in his OFFicial and individual capacity As a counselor

29) DeFendendant inspector John Lopez is Being Sued in his OFFicial and individual capacity

30) DeFendant CAPTAIN Arnold Anderson is Being Sued OFFicialy and individualy

31) DeFendant CAPTAIN BARBARA Headen is Being sued OFFicialy and individualy

32) DeFendant JAKE GADSDEN is Being sued in his OFFicial and individualy capacity As Assistant director

33) DeFendant LT RoBert LANGlois is Being sued in his oFFicial and individual capacity

34) DeFendant c/o Avelino duarte is Being sued in his OFFicial and individual capacity

35) DeFendant PAUL Ledue is Being sued in his oFFicial and individual capacity As A c/o

36) DeFendant Kevin Manning is Being sued OFFicialy and individualy as A c/o

37) DeFendant Steve Fennel is Being sued OFFicialy and individualy As a c/o

38) DeFendant Steven CAlise is Being sued OFFicialy and individualy As A c/o

39) DeFendant LeDA Amy wood is Being sued OFFicialy and individualy

40) DeFendanT Eric Croce is being sued in his OFFicial and individual CAPACITY AS The Commander OF The Scituate STATE police

41) DeFendanT John doe Eric Croces supervisor is being sued in his oFFicial and individual CAPACITY

42) DeFendanT George vose is Being sued in his OFFicial and individual CAPACITY AS Former director

43) DeFendanT c/o McnulTy John doe is Being Sued in his OFFicial and individual capacity

44) DeFendanT c/o Johansen is Being Sued as The MainTence Man in his oFFicial and individual CAPACITY

45) DeFendanT nurse HAley is Being sued in her oFFicial and individual CAPACITY

46) DeFendanT [SANDY SMOOT AS A C/O] [illegible] is being sued in his oFFicial and individual capacity

47) DeFendanT Social [SCOTT] worker is Being sued in his oFFicial and individual CAPACITY

48) DeFendanT hospiTAL [1129/7] Records keeper is being Sued in her oFFicial and individual capacity

49) DeFendanT LT Lapoint is being sued in his oFFicial and individual CAPACITY

50) DeFendanT C/o LArGy is Being sued in his oFFicial capacity

DeFendanT c/o danials is Being sued oFFicialy and ind

(10)

50) DeFendant ALBenzio DiMezza is being sued officialy and individualy
51) DeFendant Jane doe MArshal is Being sued officialy and individualy
52) DeFendant counselor Kate RoBerson is Being sued officialy and individualy
53) DeFendant Kitchen STuarTe c/o LeFort is Being sued officialy and individualy
54) DeFendant Kitchen STewArT c/o Denice is Being sued officialy and individualy
55) DeFendant John Does is Being sued officialy and individualy
56) DeFendant Jane does is Being sued officialy and individualy
57) DeFendant PAul Mariorenzi is Being sued officialy and individualy
58) DeFendant Lois ricci is being sued officialy and individualy as a investiGator
59) DeFendant Audrey elMan is Being sued officialy and individualy AS A psychologist
60) DeFendant c/o spAdoni is Being sued officialy and individualy AS A c/o
61) DeFendant ClAude Burdick is Being sued officialy and individualy
62) DeFendant Jane doe MArshal is Being sued officialy and individualy
63) DeFendant Aarron Aldrich is Being sued officialy and individualy AS A inspector

allegations

64) on 11/17/06 while Laurence was in providence Superior court he Told Honorable Judge Fortunato JR That There was a camera in his cell. This caused the commander of the Scituate State police To Jump up and yell Thats it The Kid Gloves are comeing off. Cover your crotches Left hand That Back door That. whos ass is sagging now? yours. he wiped his dick all over a Kids nut Sack. Ill Bring That Kid down here and put him in a cell right next door To him. If I ever see him on The street Ill shoot him. The ACI commander Asked Mr Croce To let Laurence see his Sons mom So she could Give him some peace. Mr Croce Said not untill she is on her death Bed I hope she Brings her gun so she can Blow his Fucking head off. he Then yelled Telling The Marshals Go ahead he is all yours do what you want with him Beat him up Erics eyes were Blood shot red

65) on 11/17/06 Bill Begones Told everyone in court That he had video Tapes That depicted Laurence in his cell putting semen in his mouth and he claimed To have videotapes and photoGraphs of Laurences penis, and Tapes of his Mother Blowing her cousin

66) on 11/17/06 Mr BeGones claimed To have hundreds of Tapes That depicted

66) Laurence in his cell naked doing OBScene Things To him selF And That he showed Them To Audrey elman and others.

67) on 1/17/06 Mr Begones said he Told Gretchen nelson The Mother oF Laurences son about alleBed incidents Laurence was seen doing in his cell By a hidden camera

68) on 1/17/06 Mr Begones Told Honorable JudGe FortunaTo JR That he opened a yellow legal envelope That Laurence Mailed an attorney and That he shared The contents with eric croce oF The STaTe police. The envelope contained a civil complaint and A letter about Two Murders

69) on 1/17/06 Ms soccio had To geT The JudGe To order eric croce oF The STaTe police To Give her a civil complaint That Mr Croce stole From The Mail. Laurence Mailed This civil complaint To The court

70) on 1/17/06 Bill Begones Told Honorable JudGe FortunaTo JR That There is and was A camera in Laurences cell and They watch Laurence go To The BAthroom and MasterbaTe Mr croce Told The JudGe he was helping us out JudGe

71) on or near 1/17/06 Bill Begones Told The court The state police, Ms Soccio That he had Laurence in Black n white confessing To Being a Child molester and produced a Letter That he altered By useing a eraser and white out. Mr Begones Told The court he did not have The original Because Laurence was seen sticking his Fingers up his ass, and Thats why Mr Begones reads erases and alters Laurences LeGal letters, and letters To siu he also said he copys Laurences out going legal Mail so The court dont have To handle it due To The Fact Laurence sticks his Fingers in his ass.

72) On 11/17/06 while Bill Begones was Telling The Judge how he secretely recorded Laurence Talking To a Psychologist Mr Eric croce The commander of The Scituate state police Told The Judge he was helping us out Judge. when Bill Begones admitted To Denieing The camera and everyThing else For That Matter. Mr croce Told The Judge I Gave him The nod To Fudge it your Honor. when The

) Judge Told them There actions were perJury. Bill Begones Argued it was not perJury Because Laurence did not specify the word sensor. Mr Begones Asked the Judge to Allow them to do a skit. The Judge Laughed him out of the court room. The Jist of what Took place is That Mr eric croce of the state police gave Bill Begones permission to lie under oath about the camera tapes, pictures, psychiatrich Report, Bill Begones and numerous Defendants then Lied under oath about all of the Above. Mr Grant and Mr A.Twall who settled A claim with Gretchen nelson who recieved nude obscene photographs in the mail that Depicted Laurence in his cell. stated under oath that they never settled A claim. There were no cameras no Tapes no pictures no psychiatrich Report Mr Grant Told Laurence threw motions There were no camera no Tapes no pictures. After the Judge left the court room Ms Soccio while Talking to Bill Begones and Joe Forgue stated

72) See if you can get them. He said I dont know if I can My Boss has them Locked up in the safe. Ms Soccio said well see if you can get them. get rid of them otherwise we will have to send her out of state if he gets his hands on them he will drag us over Coals

73) on 11/17/06 Mr Begones told Ms Soccio and the state police that he has tapes of Laurence masterbateing to children and puting a Toilet paper roll on his penis, and he told the Judge about tapes and pictures

74) on 11/17/06 Mr Begones told Ms Soccio he Back dated evidence Forged evidence and Lied to the Judge about evidence pertain ing to officers and Deputy reynolds

75) on 11/17/06 when Ms Soccio said she was gonna put Laurence over intake center Mr Begones said he has cameras there as well

76) on 11/17/06 Mr Begones told Ms Soccio he had Mr Duarte show Dan Brown some tape transcripts of Laurence talking to Mr duarte and he said Mr duarte made a Joke out of Laurence By showing people these transcripts and telling storys about Laurence

77) on ~~or near~~ 1/17/06 MR Begones Told MS Soccio about A picture he has of Laurence and his son and said its proof That Laurence Molested his son he Made child Molestation allegations in Front of private citizens. Mr Begones Told MS Soccio how he had Laurence watched while working and how They watched all The inmates with The hidden cameras To see if what Laurence said was True. The camera was also used To watch a waiting Trial inmate while Laurence Talked To him Threw The open Trap

78) on or near 2/3/06 c/o clause while Talking To c/o Manning said he Just copped To The used condom That was Found in The hospital and did This To Take MS elman out The Back door, he Then repeated what Laurence had Just wrote To A Lawyer in a letter about Audrey elman. c/o Bouley and c/o woJTanowsk and c/o Ganon and others who work Main control Tell Guards nurses counselors Janitors Maintence men school Teachers. psychologists psychiatrists and There girl Friends and police and others what They see Laurence writeing in his cell. and Tell Them when he Masterbates.

79
[scribbled out]) on or near 2/11/06 while Leaving F Block entering The hallway c/o clause said To nurse bailey I'll BeT you A Blow JoB Laurence Jerks oFF. The nurse said go see your wiFe you had your chance c/o clause said I heard about you and Mario. c/o clause said laurences nuts are roasting he Jerked oFF and didn't even wash up. MRS Bailey Then said none oF Them do WOJTANOWSK WATches all oF Them Just Like he said he uses iT For his own personal spice channel

80
[scribbled out]) on 2/24/06 c/o North while Leaving F Block said Thank you God For sTore orders. you should Look in That Book and see What iT says about Fraud. iF hes noT careFull ReFering To Laurence GranT is gonna Laugh aT him again Mr NorTh was Talking about what Laurence wroTe in a letter To ms cindy Soccio. in The letter Laurence said he had The Four elements he needed For a 42 usc1985. abouT Fraud and That his only reason For noT sending iT To Federal CourT is cause he would be wiTh ouT STore orders For 6 MonThs and Laurence Told ms cindy soccio how Mr GranT

80) Laughed at him in court Twice

81) on 2/26/06 while Laurence was Talking to a priest About his Son LT Avila said a derogatory Remark About Laurences Mom Giveing Blow Jobs and infered that Laurences Son was dead, c/o Rivas Told LT Avila what Laurence had Just wrote in his cell Regarding a officer how Laurence said he was sorry

82) on 3/30/06 Laurence heard c/o WoJTAN-OWSK Tell another officer how he watches Laurence do Things in his cell and Explained how hes Told To watch Laurence go To the Bathroom, he Talked in detail about what he Alledbes he sees Laurence doing in his cell

83) on 4/6/06 c/o WoJTAWOWSK Gave Laurence a letter that was Returned To him in the Mail it was addressed To A Lawyer and The contents was about Murder an old Murder, even Though it was addressed To a attorney it was opened.

84) c/o Gary Bouley and c/o woJTanowsk watch LAurence every second of every day As well as c/o Gannon and others They Tell officers when Laurence urinates deficates, Masterbates, They Tell every one what Laurence writes in letters To Lawyers, Judges, police, attorney Generals officer, and Family They use The camera To sexualy harass Mr Laurence. They use The camera To analize Laurence To determine whether he is a pettiFile or a homosexual, Laurence Can not scratch him self, Brush his Teeth, Look in The Mirror or read a book with out being harassed By c/o henry c/o danials and cheryl Bailey. he cant eat Food or Lay in Bed. he cant dream or have a night Mare. he cant Look out his window or pace in his cell, he cant read a book, change his clothes or wash his clothes, he cant Masterbate after reading A Book or Law Book or After paceing or after scratching him self with out officers saying he is Masterbateing To kids. he cant do Law work if he reads A case That has Law pertaining To A

84

23) Sexual Assault The officers say this means Laurence is a child molester Laurence cant lay in Bed and look at his cosmetic shelf. If Laurence Gets something from his locker Before Masterbateing it means to officers that Laurence is thinking of his son. Bill Begones shows people a picture two pictures of Laurence and his son Mr Begones and c/o Bouley and c/o wottunowsk have tortured Laurence. c/o henry calls here from home to find out if Laurence is writeing letters about how he cheated on his wife. Laurence has no personal space in his cell whats so ever. c/o henry tortures Laurence Because he told a Judge and attorney General and state police how he cheats on his wife with female officers Laurence has been Tortured Because of the storys main control room Guards tell and Because a attorney General Gave out a court ordered psychiatrich Report that was passed around By Guards and inmates c/o howard tells everyone he videotaped Laurence masterbateing to his son!

[redacted]

85) on 4/14/06 Laurence WAS WATched and videoTaped naked while on The Floor oF his cell working out This was Shown TO Female and Male oFFicers For EnTerTainment purposes

86) OFFicer James henry has said several Times That Laurence will GeT The Tapes oF putting cum in his mouth. To and uses Bill Begoneses name as The Source oF inFormaTion as well as c/o Gary Bouley

87) oFFicer James henry and Donna Gracie allways Talk about what Laurence is writeing in his cell. in view oF the hidden camera

88) on or near May 3/06 nurse cheryl Bailey and c/o Mckray came To Laurences cell and Gave Laurence a GeoTon pill For hearing voices, and did not Give Laurence his sleeping pill

89) on or near may 3/06 Laurence wroTe a letteR To MS cindy soccio and Told her about how he was writeing a letter on his Floor under The door Frame about c/o

89) WOJTANOWSK while c/o WOJTANOWSK was working main control watching Laurence with a camera. c/o Gracie said Laurence wrote a letter knowing WOJTANOWSK could see him and was trying to direct him c/o WOJTANOWSK on what to say. Laurence didnt know the camera could see that area by the door frame. Laurence never mailed the letter to MS Soccio. about how c/o Gracie talking about Laurence directing c/o WOJTANOWSK. officers talked about it.

90) on or near May 06 c/o manning and nurse cheryl Bailey came to Laurences door during med call, cheryl was Laughing in Laurences face while telling him she had no sleeping pill for him

91) on or near 5/16/06 the nurse Tom wanted to write a report about Laurence in Retaliation for Laurence writeing skits that the nurse was looking at Laurences crotch, Laurence would then flush it. c/o Brouilett told the nurse dont they can see him you know meaning GARY Bouley in main control

92

a) on or near 5/16/06 c/o Gracie was Telling over Time officers From medium That Laurence had LAW work in his Locker That we could Give him a year in seg For But The state wont let us, she called The states attorney a control Freak and a Bitch

93

a) on or near 5/18/06 Laurence wrote a Letter To cindy soccio and Mailed iT That Morning. officers Talked about The contents of The letter. and about a letter To mr Grant

94

a) on or near 5/19/06 c/o Gracie opened Laurences door For work and Told him To go out To The hallway To Get the Bag of Supplys as Laurence entered The hallway c/o henry approached Laurence Breathing on him with Bad Breath and Tried To make physical contact with him in a attempt To set him up in retaliation For what Laurence is seen writeing in his cell. he kept Backing Laurence up purposeFully Breathing Bad Breath, in Laurences Face

95
(a) on or near 5/23/06 c/o Habershaw asked c/o petty To witness Laurence By his door So he could set up Laurence and say he was Looking at his crotch

96
(b) on 5/29/06 Laurence was brought To the hospital and stopped short after seeing his enemy 6 Foot 4 Edred Buchanan. c/o henry said I dont know why he came near me For IM not Gonna protect him. Then while Laurence submitted To a DNA Test LT. Avila Butted in To Laurences conversation, Laurence said its Times Like These IM Glad I never did anything Id Be Sorry For, LT Avila said you mean Things you have not Been caught For Laurence said no Ive never done nothing wrong, upon leaving officers all started makeing oBscene comments, c/o Addison said ya match that To the diaper. Laurence then went To his cell and wrote an affidavit Exhibit which all offices Talked and Laughed about

97
(c) on 5/30/06 Laurence was Told To strip For a cell Search and Told To get a shirt out of his Locker his cell was Then searched with out him present Laurence was videoTaped A Tape depicting him

97) Bending over naked getting a shirt out of his Locker was shown to c/o Gracie out of Retaliation for what Laurence writes in his cell it was used to Emburrass Laurence and cause him humiliation. c/o Grace after seeing the Tape would Laugh in Laurences Face.

98) on 5/30/06 while Laurences cell was Being searched he was Locked in the back room of the hospital, in a cell, upon Being re leased he oBserved c/o Brouilett sitting in the control Booth his FACE was pale and Grey his eyes Blood shot red he was Furious the nurse Tom was stand ing over him Laughing smileing with Tears in his eyes, c/o Broullett wanted To Book Laurence For urinateing in his sink, c/o Bouley c/o Gannon Told c/o Brouilett Laurence urinated in the sink while in cell 3 in the Back room of the hospital. Brouilett was told Laurence seen urinateing By the camera dont Exist Laurence Later said another camera I didnT Know about

99) on or near 6/2/06 c/o henry hud c/o Tierny keep Trying To Brush up against

99

(a) Laurence, while Laurence was working. c/o henry then told him you Better stop cause you will Get us Both Jammed up This was a self serving statement, so Laurence would think henry was sticking up For him

100

(b) on 6/3/06 and 6/4/06 Laurence wrote a Letter To MS cindy soccio of The attorney Generals office. on 6/4/06 correctional officers were all Talking about The letter, Laurence was oBserved By main control c/o WOJTAWOWSK, c/o Bouley and c/o Gannon writeing. on 6/5/06 c/o Ledue c/o henry and c/o WOJTAWOWSK were questioned about Laurences Letter concerning officers Killing coyotees and a BaBy deer. Laurence never mailed the Letter

101

(c) on or near 6/6/06 c/o Danials complained of Being under Bright Lights Being questioned about 6/3/06 6/4/06 Letter That Laurence wrote To MS Soccio while Being oBserved writeing By a hidden camera thats in his cell. Laurence never mailed The Letter.

102) on or near 6/8 6/9/06 c/o Kevin Manning Told c/o Danials and or c/o Rodriquez That Bill Begones did not Let him listen To Tapes he Told him about The Tapes and That a partie Said now you know why we call him The Silver Fox. c/o Manning Said Avelino Duarte cant have To Much Money he was out There with his Big Pinky ring on collecting his Money From winning Bets

103) on or near 6/9/06 c/o Gracie came back From Lunch Entered F Module BuBBle and Said That Laurence was seen in his cell back dateing reports, Laurence wrote on The back of Exhibit 2 and Then wrote Feeler

104) on or near 6/10/06 c/o danials Said To c/o SMooT what difference does it Make if we know what his Legal work Says if we are all on The Same Side

105) on or near 6/10/06 Laurence was watched By a hidden camera while he read Advanced Criminal Procedure in a nut shell By Mark E Cammack and norman McGarLand west Group P. 409

105
) The officer watching Told Guards This is evidence That Laurence is a child molester.

106
74) on or near 6/11/06 c/o Grace Said That Laurence wrote c/o henrys name in his Report That morning Thinking That henry was working. This was observed By the hidden camera.

107
) on or near 6/11/06 c/o Gannon and c/o Bouley watched Laurence read The Same chapter page 409 about sexual assault victim children witnesses, Laurence went to his mirror To see his Face. Then right on Schedule came c/o Paul leduc with The Food cart Looking directly AT Laurences Face as well as c/o Tyler. when c/o Leduc gave Laurence his Tray he Looked at Laurences Face intently Looking For guilt, he was Excited. As c/o leduc and c/o Tyler crossed The court yard they discussed whether or not Laurences Face was Red. Laurence asked c/o Smoot if his Face was Red, how is my complexion. c/o Smoot Said your Face is The way it allways is. and asked Laurence if he worked out Today

108
) on or near 6/11/06 c/o Gracie commented on how Laurence wrote on his desk giveing c/o petty 5 stars which was the code for A pluses. she was IRRATE with Jealousy. She also commented on the Letter he was writeing and Edward Gannon seen him comeing a mile away in Reference to the Book Laurence was reading. nut shell.

109
) on or near 6/11/06 Laurence wrote a Letter to Honorable Justice williams the chief Justice of the R.I. Supreme court he Told him about his psychiatrich records and that he Believed he was insane and the letter was placed in the mail Box, Laurence observed c/o manning in the control Booth receiving information about the letter Laurence had Just wrote

110
) on or near 6/12/06 c/o henry came in to F Mod control Booth at 7 AM Laurence.s Letter to Justice williams was in the mail Box c/o henry said to c/o Ross / hes saying hes insane now. Then c/o manning came in to collect the store order

110

) Forms he had a smile ear to ear Lawrence Gave Manning A A+ and wrote A+ on a piece of paper on his desk

111

) on or near 6/12/06 while Laurence was mopping near the Bubble c/o Gracie Entered F mod control center and told henry, that Manning was Just down there Laughing Telling them how he Laughed in Laurences Face this morning and that Laurence Gave him an A+ and that Manning said if he can Fool Laurence. Imagine what he can do out there Henry Told Gracie that Laurence wrote the Judges to get sympathy and that he thought yesterday was Fathers day c/o Gracie said he did not Talk about that To the Judges he Talked about his Son To the LAWYER. c/o Gracie Told c/o henry There isnt going to be a Trial theres 200 or 2000 Tapes, we would Be in court For Months Just watching the Tapes. she said the states attorney said I see Mr Laurence is still up to his old Tricks Refering to how Laurence Took Manning out the Back door, Laurence wrote a report in view of the camera

111
) and Then Flushed it down The Toilet. Henry Told Gracie how he all most punch-ed Laurence in The Face and Tried To run him over Because of what hes seen writeing in his cell about him and Gracie. Henry Said That Smoot Backed him up. Gracie Said no he didnt he went against you, dont Tell him I Told you. Gracie Explained To henry That she had a change of heart and asked him To Leave Laurence alone. I Know you dont want any More Blow JoBS But will you Leave him alone For me please? Henry Said iF IM gonna Be nice To This creep Maybe I do want one. c/o Gracie also Said That Laurence wrote his Family about his son.

112
) on or near 6/13/06 c/o henry commented on a she-Keeps giveing him Mixed Signals Messenges Talking about Gracie First She wants me To Fire him now hes under her wing. c/o Johansen Told c/o henry That The c/o who was watching Laurence while he was sleeping all most pressed a code white because he Thought Laurence was haveing a seizure Laurence was Being watched sleep By a hidden camera while haveing a nightmare

113
8) c/o henry and other officers constantly Refer to Laurences law suit as a nuisance suit, and that if he wanted privacy he should not of come to prison. c/o henry keeps saying that Laurence accuseing him of cheating on his wife with c/o wood and c/o Gacie is extortion and Black mail

114
9) officers do skits and debate on whether Laurences son is dead or alive and whether Laurence killed his son or the Boy who was murdered and they do this knowing Laurence can hear them

115
B) officers use nurses and storemen to try and detect whether Laurence is Gay. The officers tell store men and nurses about private things Laurence was seen doing to him self By a camera some of which is false

116
4) officers constantly make front of how Laurence masterbates in his cell and tell any one who will listen, c/o Bouley will watch Laurence all day with a camera, he will watch Laurence urinate deficate, he will tell every one what

116
[?]) Laurence is writeing in his cell LET IT Be, a Letter To a Judge, police, D.A. an attorney he dont care

117
83) on or near 6/15/06 c/o Brouillett while crossing The court yard TAlked Bad about LAurence To a nurse

118
[?]) on or near 6/15/06 c/o mcKray while Leaving The Block with A JAne Doe nurse Made a comment To her about whether Laurence was gay she said she said Laurence looked at her crotch mcKray said That dont mean nothing he Looks at all our crotches, he Then used a RACial slur. at which point The nurse Told him dont Talk Like That My husbands Black, he Told her about an alleged incident That Took place with a c/o and said LAurence was seen Back dateing reports, and or his calenda Laurence used check Marks As Feelers in Front of the hidden cameRA. LT. GAlagan and LT Getter said There is no camera in Laurences cell in writeing

119

[illegible]) on or near 6/15/06 at approximately 645 AM c/o James henry came to work with what appeared to Be his Two daughters in a Grey 4x4 vehicle, he exited the vehicle and deposited Boxes in the recycleing Bin and Threw Trash in The dumpster, he Bragged That he did This Because he wanted Laurence To see hes got More Kids Then Laurence will ever have. he Braggs That his daughters Know all about Laurence Because he Tells Them all about Laurence, when an officer Tells c/o henry about its wrong what hes saying about Laurence Because he is Fighting For his Life, henry says IM Fighting For My Life To, IF My daughters Find out all This Bullshit They will hate me. IM out numbered at home its my wife and daughters against me, he keeps insisting he used his coworkers For oral sex and its not A AFFair. c/o henry Keeps Telling everyone that Bill Begones said Ms Soccio Said Laurence has a Birth defect, his penis. Henry and Grace Keep Makeing Fun of Laurences penis and Thought him Haveing a Birth defect is Hilarious, henry and Gracie Keep desicrateing Laurences character To Make him an undesirable witness

120
) on or near 6/16/06 Gracie was IRRATE That Laurence Gave A Jane doe Ms hotti an At. Refering To The nurse That c/o McKray Talked To about Laurence on 6/15/06 after McKray left The Block with The nurse Laurence wrote in his Legal notes nurse At I Like her shes a hotti. Grace Said The nurse Looked Like a boy and That she heard The nurse is bigger Then her. Gracie Then wrote False reports That Laurence was Looking at her crotch and she Felt sexualy harassed

121
) c/o henry c/o Gracie and others watch Laurence Take a shower By Looking at a Mirror, They do This So inmates know what They are doing, They Then write reports That They are not Sure whether Laurence was Masterbateing, They write reports That Laurence looks in to inmates cells To see there penis, They Talk about Laurence in Front of inmates and indirectly Tell Them That Laurence is a Snitch and They Tell Them what he Said and about who, Thereby Turning inmates against Laurence They Talk about

121) What Laurence writes in his cell, they Bet on what he says and does in his cell and whether or not he deficates and how many times.

122) Avilino duarte calls in Bets from the street pertaining to Laurence

123) when Laurence writes complaints about what officers are heard saying pertaining to him writeing letters or notes in his cell they Blame Laurence and say he set us up he knows where watching him, LT. GALABAW and LT. Getter told Laurence there is no camera in his cell in writeing

124) on or near 6/12/06 LT. Getter Became Irrate when she was told what Laurence was seen writeing in his cell By a camera about her. LT. Getter and LT. Gallagan told Laurence in writeing theres no camera in his cell.

125) at night officers in main control tell Danials what Laurence is seen doing in his cell, and danials then tells Everyone sometimes its a Lie.

126
3) c/o danials Tells c/o petty where Lauren ce Scratches him self how many Times what hes writeing and To whom and whether or not hes Masterbateing in his cell. c/o danials c/o Spadoni and others Try To Turn c/o Petty against Laurence By Telling her Fabricated Storys degradeing Lies

127
4) OFFicers in This civil claim Tell Female and Male nurses That Laurence is Gay a diddler, That he Likes children and They Tell nurses That Laurence has a poster of 4 Boys in his cell Knowing This To Be False and make Jokes about his penis

128
5) on or near 6/17/06 c/o Gracie Told another OFFicer That Laurence was writeing in his cell on his desk Trying To direct her and henry on what To say about The video Tapes, she said Laurence who was in his cell writeing was Trying To Black mail henry. The OFFicers in Main Control who watch Laurence write Legal work call The other OFFicers and Tell Them what They see Laurence writeing with The hidden camera.

129

[illegible]) on or near 6/17/06 during The writeing oF This civil claim c/o Gracie came into F Mod Bubble and was irrate complaining about Laurence's civil claim That he was writeing in his cell c/o Gracie Then LeFT and came back and Told Ms Petty, I'm not Giveing him up aFTer all hes done For us. where gonna say its a Training video, ReFering To a video Tape oF Laurence Bending over naked getting a Shirt From his Locker during a cell Search with his Butt and penis Exposed This Took place on 5/30/06. a John doe showed This video Tape To c/o Gracie out oF Retaliation For Letters Laurence writes Ms Soccio and The court, oFFicers watch what and whom Laurence writes with a hidden camera. c/o Gracie keeps making Jokes about Laurences penis As well as c/o henry and Gary Bouley and c/o Trinadad who yells at Least I'm not short where it counts From The hallway. c/o Gracie Said whats he gonna sue manning For giveing him a dirty look ReFering To Laurence nameing manning as a deFendant on 6/17/06 and ReFering To A Report about Laurence wrote About manning Giveing him a dirty Look. c/o Gracie Told Ms petty To write what she Said in The Log Book, and she did.

130

(a) on or near 6/19/06 c/o howard while in F Mod. Bubble Talking to c/o Smoot about Laurence Said he could not of Been that up set Last night he was in there Jerking off. Howard Then Bragged to Smoot how he Filmed Laurence masterbateing, and Bragged of how he hid while Filming Laurence in Bed masterbateing, he claimed Laurence was gratifying him self to his kids pictures, he Then Said he cant Sue its to Late and claimed a inmate Told Laurence that he was hideing watching Laurence, Refering to July 2001 when Laurence was diagnosed delusional, and told his son was dead and harassed By c/o howard c/o manning c/o Simpson and c/o dimessa who told officers, he was gonna get A psychiatrich Report From his Father in law. c/o Dimessa Told officers That Laurence Thought he was slick, he didnt know we had a Tape recorder in his Suit Jacket pocket. c/o Howard Kept comeing to Laurences door Laughing at Laurence, while Laurence Sat on his Floor with his Sons photos crying. not knowing if what every one Kept saying was True. Howard claimed To have a Tape. Laurence Did not know, he never seen Howard. (a) c/o Topeing him

131

[illegible]) on or near 6/19/06 Norman Laurence was in his cell writeing Legal notes and doing Law work makeing Exhibits, he then went to make a phone call. while he was on the phone c/o Gracie and c/o Leduc Entered F Block with Food Trays, c/o Grace went in to Laurences cell under the direction of Gary Bouley who watches Laurence with a hidden camera and took legal papers from Laurences cell and hid them on her person. Laurence is missing several Legal papers and notes, Exhibits. one in particular is A note of A store man who is Gay not that theres anything wrong with that, officers sent this Gentleman to Laurences cell to Give him his store order, upon leaving they asked this Gentlemen so is he Gay, the store man said I cant tell. Bill Begones interogates the women minister the male Decon priest store people about whether they think Laurence is Gay. whether he looks at there crotches, A minister who Laurence Liked dont come any more another minister A Female Bill Begones had her doing under cover work on Laurence. c/o Gracie took A request Form she signed [illegible] 41 in July 2001

132

april, May and June of 2006 c/o Brouilett constantly Turns nurses against Laurence By Talking about what Laurence writes in his cell, he also Tells them False allegations abaut Laurence. Accuseing Laurence of Being a child Molester and he Talks about video Tapes depicting Laurence in his cell

133

on or near 6/20/06 while Laurence was waiting To come out For work. c/o allard came in To F Module with The Maintence Man, The Maintence Man stopped in Front of Laurence's cell stood on a Ladder and replaced a Light Bulb while This was going on Laurence asked allard if he could come out For work when The maintence man Left Allard said yes, Laurence Later observed addison Telling Allard he was gonna write a report about Laurence and Then Tell allard he should go write a report. also But go against addison There by pulling Laurence out The back door They do This To build up each others credibility They play good guy Bad Guy, The maintence Man was Later questioned about

133
6) whether or not Laurence was looking at his crotch which is what c/o addison wrote a report about, c/o addison is Irrate because on 5/25/06 Laurence wrote a report That addison stopped at his door at 630 AM, picked his nose, smiled, Farted, and it smelled Like shit. This report was Labeled Legal document For Trial CA. NO. PC-03-6046 c/o addison was also Blameing Laurence Because inmates call him Butt cheeks, c/o Addison is Irrate because after Laurence submitted to a DNA Test he walked away Smileingan happy and his Face was not red, Laurence while walking down G corridor Talking Believes he heard c/o addison Tell The DNA people To MATCH That with The diaper, and addison Said Laurence has his Bodys Buried

134
7) on or near 6/21/06 as Laurence entered Low Side F Module To do his JOB inmate Ricky Mims went To his Toilet and appeared To Be playing with his penis Trying To get Laurences attenTion, wayne Lee Trys the Same

134

[illegible]) Thing. This has Been caused By OFFi cers. Turning inmates against Laurence c/o Grace c/o henry and others will write reports and make False alle gations To corroberate these False allegations that inmates make. c/o Henry does this So As To MAKE Lauren ce Look As Bad as possible Because Laurence has Made allegations That c/o henry Bets on whether or not Laurence Masterbates while OFFicers watch Laurence masterbate with a camera. and Laurence has Reported c/o henry For Recieveing sex as payment and For haveing sex with c/o Grace at work. and at her house and at his base. c/o henry also keeps Telling OFFicers That Bill Begones Said Laurence has had sex with inmates.

135

[illegible]) on or near 6/23/06 Laurence wrote in his cell ask wood what her and I did in cell 1. He Later heard a c/o say That Gary Bouley seen him comeing a mile away he was watching all they did was she told him To Take something out of the Toilet. Laurence cleaned cell 1 after a inmate was taken To seg.

136
on or near 6/23/06 out of Retaliation For what Laurence wrote on his desk about c/o wood Gary Bouley and edward Gannon who watch Laurence with a hidden camera Said A XMAS Brochure he recieved From A Sister To Get presents For his son Fell out of his desk Featureing 4 Boys on The cover Both oFFicers Said Laurence went To the Mirror To see if his Face was red. Both oFFicers Swore on There Mother. The next day it was Said They Retracted This Allegation and called it a ruse

137
) on or near 6/26/06 Laurence asked henry To open The door so he could do his Job henry was placeing his body so Laurence would see him while asking To have The door opened. henry did The Same Thing on The other Side So when Laurence Knocks on The window To motion To have The door opened Laurence is looking AT c/o henry, henry Then goes and Swears on his Mother That Laurence is Looking at his crotch he does This out of Retaliation Because Laurence Told on him For his ExTramariTal AFFairs

138

4) on or near 6/27/06 Laurence asked c/o Smoot if he could ask c/o Manning if he could have some confidential psychiatrich records copied c/o Smoot informed Laurence that c/o Manning was not here. c/o Smoot offered to take the legal documents out front to the captains office to get them copied. He Returned with the copys. Later while eating Lunch Laurence noticed the original was missing and told c/o Smoot. c/o Smoot told Laurence he gave all the legal work back to him, he then agreed to go check the copy machine and once again returned and told Laurence there was nothing in the copy machine or office. Laurence Believed him laid down and while falling asleep Realized the legal documents came in a small Envelope which caused creases, c/o Smoot and Bill Begones all most pulled it off, when Laurence observed Smoot come Back from his Lunch Break he confronted Smoot, Smoot left then Returned and Blamed it on the clerk. Laurence learned that Bill Begones took it to compare it to the other legal Documents he stole.

139

) Sometimes on Fridays officers will make a comment about Laurences Son and debate on whether he is dead or alive. they call this skits or a Ruse, They wait untill they get to the court yard, They do this to have a reason to put Laurence on what They call Suicide watch which means to Be Allowed to Video Tape Laurence They make comments, wrong kid right house wrong house right kid, only he Knows if his kid is dead. he killed his kid. c/o henry has said he has two more kids then Laurence will ever have. c/o Gracie constantly says I cant wait untill Laurence finds out his Son is dead so I can Laugh in his face, on some days c/o Gracie will say he knows his son is Alive. And Crack Jokes about Laurences penis

140

) on or near 7/13/06 c/o Donna Gracie made a Bet for money that she would Book Laurence, which was out of Re Taliation for what Laurence writes in his cell ABout her to Judges

140) The attorney generals office and to him self, Laurence was Fired from his Job and Booked for disobeying a Lawful order.

141) on or near 7/18/06 Laurence observed c/o Dennis and Howard Get out of a vehicle and have a conversation while returning to the Building, Laurence wrote on a piece of paper on his desk that he observed the two subjects Talking. a short time later while officers were entering the Block one commented on how Dennis and Howard wrote reports and affidavits on there conversation after being told what Laurence was observed writeing in his cell By the camera that Lt Getter and Lt. Galagan said dont exist in writeing

142) on or near 7/19/06 Laurence wrote on a paper in his cell Tell Lt. Getter Im gonna put her on the wire Tomorrow Morning for some things she said on 7/20/06 Lt. Getters eyes were Blood shot red and she was Tired on 7/20/06 Laurence obser-

142) ved LT. Getter at the discipline board he also seen a counselor Kathrine Kate Roberson

143) on 7/20/06 while Laurence was in his cell writeing he observed c/o danials say whats he doing trying to make her a witness, this was in reference to what Laurence was writeing in his cell about Kathrine the counselor. the following day after a camera observed Laurence in his cell writeing about what a good witness Kathrine the counselor would make. Laurence heard on 7/21/06 that SIU questioned Kathrine and that she gave every one up for telling her about what Laurence is seen doing by a camera.

144) on or near 7/24/06 Laurence mailed Honorable Judge Fortunato a letter about how he felt counselor Kathrine was a good witness and explained why. After the letter was mailed Laurence observed people talking about the contents of the letter