108
) on or near 6/11/06 c/o Gracie commented on how Laurence wrote on his desk give ing c/o petty 5 stars which was the code for A pluses. she was irrate with Jealousy. She also commented on the Letter he was writeing and Edward Gannon seen him comeing a mile away in Reference to the Book Laurence was reading. nut shell.

109
) on or near 6/11/06 Laurence wrote a Letter To Honorable Justice williams the chief Justice of the R.I. Supreme court he Told him about his psychiatrich records and that he Believed he was insane and the letter was placed in the mail Box, Laurence observed c/o manning in the control Booth receiving information about the letter Laurence had just wrote

110
) on or near 6/12/06 c/o henry came in to F mod control Booth at 7 AM Laurence.s Letter To Justice williams was in the mail Box c/o henry said to c/o Ross / hes saying hes insane now. Then c/o manning came in to collect the store order

110

) Forms he had a Smile ear To ear Laurence Gave Manning A A+ and wrote A+ on a piece of paper on his desk

111

) on or near 6/12/06 while Laurence was Mopping near The BuBBle c/o Gracie Entered F Mod control center and Told henry, That Manning was Just down There Laughing Telling them how he Laughed in Laurences Face This Morning and That Laurence Gave him an A+ and That Manning Said if he can Fool Laurence. Imagine what he can do out There Henry Told Gracie That Laurence wrote The Judges To get sympathy and That he Thought yesterday was Fathers day c/o Gracie Said he did not Talk about That To The Judges he Talked about his Son To The Lawyer. c/o Gracie Told c/o henry There isnt going To be a Trial Theres 200 or 2000 Tapes, we would Be in court For Months Just watching The Tapes. she Said The states attorney Said I see Mr Laurence is still up To his old Tricks Refering To how Laurence Took Manning out The Back door, Laurence wrote a report in view of The camera

111
) and Then Flushed it down The Toilet. Henry Told Gracie how he all Most punched Laurence in The Face and Tried To run him over Because of what hes seen writeing in his cell about him and Gracie. Henry Said That Smoot Backed him up. Gracie Said no he didnt he went against you, dont Tell him I Told you. Gracie Explained To henry That she had a change of heart and asked him To Leave Laurence alone. I Know you dont want any more Blow JoBS But will you Leave him alone For me please? Henry Said if IM gonna Be nice To This creep Maybe I do want one. c/o Gracie also Said That Laurence wrote his Family about his son.

112
) on or near 6/13/06 c/o henry commented on a she-keeps giveing him mixed signals messenges Talking about Gracie First She wants me To Fire him now hes under her wing. c/o Johansen Told c/o henry That The c/o who was watching Laurence while he was sleeping all most pressed a code white because he thought Laurence was haveing a seizure Laurence was Being watched sleep By a hidden camera. while haveing a nightmare

113
) c/o henry and other officers constantly refer to Laurences law suit as a nuisance suit, and that if he wanted privacy he should not of come to prison. c/o henry keeps saying that Laurence accuseing him of cheating on his wife with c/o wood and c/o Gacie is extortion and Black mail

114
) officers do skits and debate on whether Laurences son is dead or alive and whether Laurence killed his son or the Boy who was murdered and they do this knowing Laurence can hear them

115
) officers use nurses and storemen to try and detect whether Laurence is Gay. The officers tell store men and nurses about private things Laurence was seen doing to him self By a camera some of which is false

116
) officers constantly make front of how Laurence masterbates in his cell and tell any one who will listen, c/o Bouley will watch Laurence all day with a camera, he will watch Laurence urinate deficate, he will tell every one what

116) Laurence is writeing in his cell Let it Be, a Letter to a Judge, police, D.A. an attorney he dont care

117) on or near 6/15/06 c/o Broulett while crossing the court yard Talked Bad about Laurence to a nurse

118) on or near 6/15/06 c/o McKray while Leaving the Block with A JAne Doe nurse Made a comment to her about whether Laurence was gay she said She said Laurence looked at her crotch McKray said that dont mean nothing he Looks at all our crotches, he then used a Racial slur. at which point the nurse Told him dont Talk Like that My husbands Black, he told her about an alleged incident that took place with a c/o and said Laurence was seen Back dateing reports, and or his calenda Laurence used check Marks As Feelers in Front of the hidden camera. LT. Galagan and LT Getter said There is no camera in Laurences cell in writeing

119

1) on or near 6/15/06 at approximately 645 AM c/o James henry came to work with what appeared to Be his Two daughters in a Grey 4x4 vehicle, he exited the vehicle and deposited Boxes in the recycleing Bin and Threw Trash in the dumpster. he Bragged that he did this Because he wanted Laurence to see hes got More Kids Then Laurence will ever have. he Braggs That his daughters know all about Laurence Because he Tells them all about Laurence, when an officer Tells c/o henry about its wrong what hes saying about Laurence Because he is Fighting For his Life, henry says IM Fighting For My Life To, IF My daughters Find out all This Bullshit They will hate me. IM out numbered at home its my wife and daughters against me. he keeps insisting he used his coworkers For oral sex and its not A AFFair. c/o henry Keeps Telling everyone that Bill Begones said Ms Soccio said LAurence has a Birth defect, his penis. Henry and Grace Keep MAKeing Fun oF LAurences penis and Thought him Haveing a Birth defect is Hilarious, henry and Gracie Keep desicrateing LAurences character To Make him an undesirable witness

120
*) on or near 6/16/06 Gracie was IRRATE That Laurence Gave A Jane doe ms hotti an At. Refering To The nurse That c/o McKray Talked To about Laurence on 6/15/06 after McKray left The Block with The nurse Laurence wrote in his Legal notes nurse At I Like her shes a hotti. Grace Said The nurse Looked Like a boy and That she heard The nurse is bigger Then her. Gracie Then wrote False reports That Laurence was Looking at her crotch and she Felt sexualy harassed

121
*) c/o henry c/o Gracie and others watch Laurence Take a shower By Looking at a mirror, They do This so inmates know what They are doing, They Then write reports That They are not Sure whether Laurence was masterbate ing, They write reports That Laurence looks in to inmates cells To see there penis, They Talk about Laurence in Front of inmates and indirectly Tell Them That Laurence is a Snitch and They Tell Them what he said and about who, Thereby Turning inmates against Laurence They Talk about

121) What Laurence writes in his cell, they Bet on what he says and does in his cell and whether or not he deficates and how many times.

122) Avilino duarte calls in Bets from the street pertaining to Laurence

123) when Laurence writes complaints about what officers are heard saying pertaining to him writeing letters or notes in his cell they Blame Laurence and say he set us up he knows where watching him, LT. Galaban and LT. Getter told Laurence there is no camera in his cell in writeing

124) on or near 6/12/06 LT. Getter Became Irrate when she was told what Laurence was seen writeing in his cell By a camera about her. LT. Getter and LT. Gallagan told Laurence in writeing theres no camera in his cell.

125) at night officers in main control tell Danials what Laurence is seen doing in his cell, and danials then tells everyone sometimes its a Lie.

126) c/o danials Tells c/o petty where Laurence Scratches him self how many Times what hes writeing and To whom and whether or not hes Masterbateing in his cell. c/o danials c/o Spadoni and others Try To Turn c/o Petty against Laurence By Telling her Fabricated Storys degradeing Lies

127) OFFicers in This civil claim Tell Female and Male nurses That Laurence is Gay a diddler, That he Likes children and They Tell nurses That Laurence has a poster OF 4 Boys in his cell Knowing This To Be False and make Jokes about his penis

128) on or near 6/17/06 c/o Gracie Told another OFFicer That Laurence was writeing in his cell on his desk Trying To direct her and henry on what To say about The video Tapes. she said Laurence who was in his cell writeing was Trying To Black mail henry. The OFFicers in Main control who watch Laurence write Legal work call The other OFFicers and Tell Them what They see Laurence writeing with The hidden camera.

129

[illegible]) on or near 6/17/06 during The writeing of This civil claim c/o Gracie came into F Mod Bubble and was irrate complaining about Laurence's civil claim That he was writeing in his cell c/o Gracie Then Left and came back and Told Ms Petty, I'm not Giveing him up after all hes done For us. where gonna Say its a Training video, Refering to a video Tape of Laurence Bending over naked getting a Shirt From his Locker during a cell Search with his Butt and penis Exposed This Took place on 5/30/06. a John doe showed This video Tape To c/o Gracie out of Retaliation For Letters Laurence writes Ms Soccio and The court, officers watch what and whom Laurence writes with a hidden camera. c/o Gracie Keeps makeing Jokes about Laurences penis As well as c/o henry and Gary Bouley and c/o Trinadad who yells at Least I'm not short where it counts From The hallway. c/o Gracie said whats he gonna sue manning For giveing him a dirty look Refering To Laurence nameing manning as a defendant on 6/17/06 and Refering To A Report about Laurence wrote About manning Giveing him a dirty Look. c/o Gracie Told Ms petty To write what she said in The Log Book, and she did.

130

(8) on or near 6/19/06 c/o howard while in F Mod. Bubble Talking to c/o Smoot about Laurence Said he could not of Been that up set Last night he was in There Jerking off. Howard Then Bragged to Smoot how he Filmed Laurence masterbateing, and Bragged of how he hid while Filming Laurence in Bed masterbateing, he claimed Laurence was gratifying him self to his kids pictures, he Then said he cant Sue its to Late and claimed a inmate Told Laurence that he was hideing watching Laurence, Refering To July 2001 when Laurence was diagnosed delusional, and Told his son was dead and harassed By c/o howard c/o manning c/o Simpson and c/o dimessa who Told officers he was gonna get A psychiatrich Report From his Father in Law. c/o Dimessa Told officers That Laurence Thought he was Slick, he didnt know wall had a Tape recorder in his Suit Jacket pocket. c/o Howard Kept comeing To Laurences door Laughing at Laurence, while Laurence sat on his Floor with his Sons photos crying. not knowing if what every one Kept saying was True. Howard claimed To have a Tape. Laurence Did not know, he never seen Howard. (8) c/o Topeing him

131

) on or near 6/19/06 Norman Laurence was in his cell writeing Legal notes and doing Law work makeing Exhibits, he then went to make a phone call. while he was on the phone c/o Gracie and c/o Leduc Entered F Block with Food Trays, c/o Grace went in to Laurences cell under the direction of Gary Bouley who watches Laurence with a hidden camera and took legal papers from Laurences cell and hid them on her person, Laurence is missing several legal papers and notes, Exhibits. one in particular is a note of a store man who is Gay not that theres anything wrong with that, officers sent this Gentleman to Laurences cell to Give him his store order, upon Leaving they asked this Gentlemen so is he Gay, the store man said I cant tell. Bill Begones MTEnogutes the women minister the male Decon Priest store people about whether they think Laurence is Gay. whether he looks at there crotches, a minister who Laurence Liked dont come any more another minister a Female Bill Begones had her doing under cover work on Laurence. C/o Gracie took a request Form she signed 41 in July 2001

132
april, May and June of 2006 c/o Brouilett constantly Turns nurses against Laurence By Talking about what Laurence writes in his cell, he also Tells them False allegations abaut Laurence. Accuseing Laurence of Being a child Molester and he Talks about video Tapes depicting Laurence in his cell

133
on or near 6/20/06 while Laurence was waiting to come out For work. c/o allard came in to F Module with The Maintence Man, The Maintence Man stopped in Front of Laurence's cell stood on a Ladder and replaced a Light BulB while this was going on Laurence asked allard if he could come out For work when the maintence man Left Allard said yes, Laurence Later observed addison Telling Allard he was gonna write a report about Laurence and Then tell allard he should go write a report. also But go against addison There by pulling Laurence out The back door They do This To build up each others credibility They play good guy Bad Guy, The main tence Man was Later questioned about

133

6) whether or not Laurence was looking at his crotch which is what c/o addison wrote a report about, c/o addison is Irrate because on 5/25/06 Laurence wrote a report That addison stopped at his door at 630 AM, picked his nose, smiled, Farted, and it smelled Like shit. This report was Labeled Legal document For Trial CA. No. PC-03-6046 c/o addison was also Blameing Laurence Because inmates call him Butt cheeks, c/o Addison is Irrate be cause after Laurence submitted to a DNA Test he walked away Smileingan happy and his Face was not red, Laurence while walking down G corridor Talking Believes he heard c/o addison Tell The DNA people To match That with The diaper, and addison Said Laurence has his Bodys Buried

134

7) on or near 6/21/06 as Laurence entered Low Side F Module To do his JoB inmate Ricky Mims went To his Toilet and appeared To Be playing with his penis Trying To get Laurences attention, wayne Lee Trys the Same

134

) Thing. This has Been caused By OFFi cers. Turning inmates against Laurence c/o Grace c/o henry and others will write reports and make False alle gations To corroberate these False allegations That inmates make. c/o Henry does This So As To make Lauren ce Look As Bad as possible Because Laurence has made allegations That c/o henry Bets on whether or not Laurence Masterbates while OFFicers watch Laurence masterbate with a camera. and Laurence has Reported c/o henry For Recieveing sex as payment and For haveing sex with c/o Grace at work. and at her house and at his base. c/o henry also keeps Telling OFFicers That Bill Begones Said Laurence has had sex with inmates.

135

) on or near 6/23/06 Laurence wrote in his cell ask wood what her and I did in cell 1, He Later heard a c/o say That Gary Bouley seen him comeing a mile away he was watching all they did was she told him to Take Something out of the Toilet, Laurence cleaned cell 1 after a inmate was Taken To seg.

136
on or near 6/23/06 out of Retaliation For what Laurence wrote on his desk about c/o wood Gary Bouley and edward Gannon who watch Laurence with a hidden camera said A xmas Brochure he recieved From a sister to get presents For his son Fell out of his desk Featureing 4 Boys on the cover Both officers said Laurence went to the mirror to see if his Face was red. Both officers swore on there mother, the next day it was said they Retracted this Allegation and called it a ruse

137
on or near 6/26/06 Laurence asked henry to open the door so he could do his Job henry was placeing his body so Laurence would see him while asking to have the door opened. henry did the same thing on the other side so when Laurence knocks on the window to motion to have the door opened Laurence is looking at c/o henry, henry then goes and swears on his mother that Laurence is Looking at his crotch he does this out of Retaliation Because Laurence Told on him For his Extramarital AFFairs

138

2) on or near 6/27/06 Laurence asked c/o Smoot if he could ask c/o Manning if he could have some confidential psychiatrich records copied c/o Smoot informed Laurence that c/o Manning was not here. c/o Smoot offered to take the legal documents out front to the captains office to get them copied. He Returned with the copys. Later while eating lunch Laurence noticed the original was missing and told c/o Smoot. c/o Smoot told Laurence he gave all the legal work back to him, he then agreed to go check the copy machine and once again returned and told Laurence there was nothing in the copy machine or office. Laurence Believed him laid down and while falling asleep Realized the legal documents came in a small Envelope which caused creases, c/o Smoot and Bill Begones all most pulled it off, when Laurence observed Smoot come back from his lunch break he confronted Smoot, Smoot left then returned and blamed it on the clerk. Laurence learned that Bill Begones took it to compare it to the other legal documents he stole.

139) Sometimes on Fridays officers will make a comment about Laurences son and debate on whether he is dead or alive. They call this skits or a Ruse, They wait untill they get to the court yard, They do this to have a reason to put Laurence on what they call Suicide watch which means to be allowed to video tape Laurence They make comments, wrong kid right house wrong house right kid, only he knows if his kid is dead. he killed his kid.. c/o henry has said he has two more kids then Laurence will ever have. c/o Gracie constantly says I cant wait untill Laurence finds out his son is dead so I can laugh in his face, on some days c/o Gracie will say he knows his son is alive. And crack jokes about Laurences penis

140) on or near 7/13/06 c/o Donna Gracie made a Bet for money that she would Book Laurence, which was out of Re taliation for what Laurence writes in his cell about her to Judges

140) The attorney generals office and to him self, Laurence was Fired From his JoB and Booked For disobeying a LawFul order.

141) on or near 7/18/06 Laurence oBserved c/o Dennis and Howard Get out of A vehicle and have a conversation while returning to The Building, Laurence wrote on a piece of paper on his desk that he oBserved the two subjects Talking. a short Time Later while officers were entering the Block one commented on how Dennis and Howard wrote reports and AFFidavits on there conversation AFTer Being told what Laurence was oBserved writeing in his cell By the camera that LT Getter and LT. Galagan said dont Exist in writeing

142) on or near 7/19/06 Laurence wrote on a paper in his cell Tell LT. Getter Im gonna put her on the wire Tomo-rrow Morning For Some things she Said on 7/20/06 LT. Getters eyes were Blood Shot red and she was Tired on 7/20/06 Laurence obser-

142) ved LT. Getter at the discipline board he also seen a counselor Kathrine Kate RoBerson

143) on 7/20/06 while Laurence was in his cell writeing he oBserved c/o danials say whats he doing trying to make her a witness, this was in Reference to what Laurence was writeing in his cell about Kathrine the counselor. the Following day after a camera oBserved Laurence in his cell writeing about what a good witness Kathrine the counselor would make. Laurence heard on 7/21/06 that SIU questioned Kathrine and that she gave every one up For telling her about what Laurence is seen doing By A Camera.

144) on or near 7/24/06 Laurence mailed Honorable JudGe FortunaTo A Letter about how he Felt counselor Kathrine was a good witness and Explained why. After the letter was mailed Laurence oBserved people Talking about the contents of the letter

145
) on or near 7/25/06 c/o Smoot came to cell F11 and Gave Laurence 2 Request Forms From LT Galagan, the LT denied Laurence's Request To File a grievance about the camera in his cell and how its used to Torment him The LT called Laurences Request Frivolous and stated there are no cameras in your cell and said you cant send a Grievance to a Judge and went on to say I will Refer it To the clinical Social worker To see you For These issues, a c/o Gracie Said That LT Galagan oBServed Laurence Lift Books in his cell on the hidden camera.

146
) on or near 7/26/06 counselor Kathrine Kate RoBerson was in the F Mod control center haveing a conversation with c/o henry about what Laurence wrote in his cell about her. Laurence Then wrote a report about her and henry which resulted in them being questioned and writeing there reports. Laurence was once again oBServed with a hidden camera.

147) on or near 7/26/06 c/o Smoot came to Laurences cell with a sealed letter that was addressed to honorable Judge Fortunato with a money transfer slip it was not mailed this letter exhibit 93 was the talk of High Security since Monday 7/24/06 a letter to a Judge that Laurence wrote in his cell in private and mailed 7/24/06 every one here knew the contents of the letter.

148) on or near 7/27/06 c/o Donna Gracie was in F mod control center with a Banana in her mouth trying to get Laurences attention eating it in a what appeared a seductive manner, trying to get a A+. Laurence wrote a report about her on his desk gave her a B+ and a star c/o Johansen later came in to the control center and told c/o Gracie what Laurence gave her she became irrate with Jealousy that Laurence gives ms petty A+ but not her, later c/o Johansen came in to F control center again and told Gracie Laurence crossed off

148) Two names in his Letter To Gene valicenti Refering To Two convicted Murderers That Laurence Mentioned in a letter Exhibit ___ Laurence wrote This on his desk. Main control Tells officers what Laurence does and writes in his cell They change it a little Bit. That way if there asked on The stand and if its not word For word They will deny it They also use codes For A B C D E F and stars

149) on 7/28/06 c/o Fehnel came To Laurences cell and Told him DR RoBerts wanted To see him. Laurence was Escorted To the hospital The psychiatrist questioned Laurence about his anxiety. while Laurence Explained That The camera in his cell was driveing him insane and That it was Being used To watch him Gratify him self. Steve Fehnel while down The hallway said if Laurence wanted Privacy he should not have come To Jail. The psychiatrist prescribed medication. Geoton which is used For people who hear voices. s.i.u and state police were said To Be in the parking Lot Listening.

150) on 7/28/06 while c/o James henry Entered F Module court yard Laurence Believes he heard c/o henry say wait untill he gets My Letter or report I wrote about him in discovery and he commented about a request Form in Laurences cell about a set of ear Buds Being damaged in his Locker and he said someone said he had his own son Killed

151) During The writeing of This Law suit c/o henry and c/o Gracie kept makeing References to Laurences allegations. Henry Made References To paragraph 79 and said Grace was Talking about Big Macs and whoppers, he also claims he saved everyones JoBs By proveing Laurence can read Lips

152) on or near 8/2/06 c/o Gary Bouley called c/o Johansen and Told him That Laurence had a cone and two sheets of paper rolled up on his desk and he Told Johansen To use That as an Exscuse To go in his cell and he Told Johansen That Laurence had a head set JAck hidden in his cell. LT. Galagan said There is no camera

153) on or near 8/4/06 c/o henry Told Laurence he was moveing From cell 11 To cell 5, while moveing henry Took Laurences Bag of Trash Because he knew Laurence put his ants in There. henry wanted To kill the ants

154) on 8/5/06. c/o howard let Laurence out To collect Trays To show that Laurences wrist is okay, while collecting Trays cell 11 a inmate Laurence did not know Told him That officers were calling him a snitch, Laurence said which officers which ones, The inmate said all of them

155) on or near 8/6/06 LT. Getter was in The court yard spraying Bees and wasps while c/o henry looked on he was hooting and hollering laughing. This was done Because the Bugs were Laurences pets. LT. Getter seemed exspecially happy and was smileing. she appeared To Be enjoying her self when she left There was dead Bugs all over the place

156

on or near 8/8/06 Laurence went to E Block to place a phone call to his mother upon Leaving the phone Area he heard a c/o Fehnel Talking about how Laurence was seen doing sets of push ups in his cell while Being watched with a camera, he mentioned that Laurence was Going threw his Exhibits and notes and how John Doe who was watching did not let Laurence out of his sight Laurence heard another officer Refer to this As well. After Laurence talked to his Mom, c/o henry was Laughing about the contents of the Tape. c/o Bouley who works in Main Control Listens to Laurence Talk to his Mother, he Tapes it, and then Tells Everyone what They Talk about They Make Jokes, and Sometimes do This So inmates will hear it. c/o Bouley watches Laurence urinate and deficate he watches whether or not he washes his hands, uses soap. and then watches where he puts his hands he uses the camera To watch Laurence not the window. c/o Bouley and Bill Begones Talk and Laugh about Laurence and his mom and share the contents of Laurences re corded Phone conversations with Guards

156) During Roll call as well As Bill Begones and SIU ACI Guards All Laughed and Found Laurence Telling his Mom how he is Tortured with a camera hilarious. Gary Bouley and main control room officers have Been doing This For 3 years and Then Guards use the Tape recordings To harass Laurence. c/o Bouley also would hang up on Laurence and his Mother costing her Extra money

157) on 8/9/06 Laurence Told William Artis about his Law suit, case and how there was a camera in every cell he has Been in, this inmate Laughed at Laurence and did not Believe him he said can I Ask Smoot Laurence said go ahead, he then Asked Smoot if there was cameras c/o Smoot said hell no Im not cosighning that shit, theres no cameras Even Laurence Believed him But then had A Thousand Flash Backs. c/o henry said he dont have me and my partner under oath Lieing he then left At 1200 noon To Go on A Lunch date. its Alleged it was a Ruse!

158) on 8/10/06 Laurence was Given mail By c/o Tyler. whos Face was Red. it was a Food For The poor Article. Answering The call lost

158) childhood, prior To Giveing Laurence the Mail he made sure another inmate saw it which was alleged By william Artis A picture of a young Boy Exhibit Even Though Tyler came To Laurences cell with the Mail First, he did not Give Laurence his mail, until Last- only Giveing him his Razor and clippers, this c/o had a agenda. Main control room officers who watch Laurence Tell Jokes and Tell Females that Laurence hangs these needy children Articles on his wall As to desicrate his character. Laurence does not Get along with inmates, in this Block Be cause of officers and S.I.U. Timothy Stone said when Laurence gets his money From his Law suit he should Buy his kid a new Grave stone, the inmates talk about what they hear From correctional offices

159) on or near 8/10/06 Laurence observed Two inmates Talking about what Guards say about Laurence. and one inmate said he was questioned By S.I.U and offered parole, they Both stated they are ascared To get involved, c/o henry constantly puts norman Laurence down To inmates and Bribes them with phone calls and other things promises of Jobs, he Tells inmates that

159
Laurence is a Snitch and that Laurence will tell on him and them. Laurence is not Liked By inmates Because he informed on inmates, And Because of officers makeing Allegations about what a court ordered psychiatrich Report said. As well as c/o Spadoni showing inmates a news article that alleges Laurence molested a kid

160
on or near 8/10/06 c/o Ledue and nurse cheryl Bailey came to Laurences cell with meds c/o Ledue Asked Laurence if he wanted him to mail the letter that was in his window Laurence said no not yet. the Address was faceing Laurence this Letter was Addressed to Joe Forgue About 2 inmates and c/o steve Fehnel. as they entered the court yard cheryl made a comment about Laurence which resulted in c/o Ledue saying steve gets credit he earned his pay. Laurence then removed the letter and put it out his door for c/o danials to take, when c/o danials declined to take the mail Laurence removed it and wrote wo he dont get credit meaning steve, then wrote danials should have taken it. prior to this cheryl said that danials got the trifecta writeing a report that Laurence was useing his Box

160) AS A chair. and That he had The ArTicle OF a news ArTicle From Food For the poor on his Bed FeaTuring STArving and MenTaly ReTarded children. Laurence was writeing up This LAW SuiT. C/o Ledue and cheryl learned The ConTents of LAurences Letter From the 3-11 ShiFT in Main ConTrol who waTch Laurence do legal work on his Bed with a Camera

161) on or near 8/11/06 Laurence had his Light Blocked Blocking The camera c/o John doe and c/o danials had Laurence under Surveillance all night, when nurse cheryl Came with meds she went out of her way To look in Laurences cell. cheryl and Guards are Trying To LABel LAurence a pettiFile out of Fear that people will Believe his allegaTions of There ExTraMariTal AFFairs, And Because of what SIU Bill Begones Tells them. The camera was not Blocked oFFicers and The nurse were AcTing

162) on or near 8/12/06 c/o donna Gracie AT 7am AS Soon as she EnTered The Booth was Talking about Laurence and whaT he wroTe in a letter To Joe Forgue that he did noT Mail. she also wroTe reports about Laurence and DesicraTed his characTer in The LoG Book in RetaliaTion For c/o petty writeing a report about inMATE Palmer. Gracie was

162
Irrate and Jealous Before leaving AT 3PM after Learning That Laurence was observed By The hidden camera giveing her three D pluses D+ D+ D+. she was mad that Laurence Gave nurse Dale three A pluses A+ A+ A+. she said 3 D+ means shes Dead 3 Times.

163
During the writeing of this Law suit James henry and Gracie conspired To commit perJury They Are going To say That They had a Sexual Relationship 20 years ago Before henry Married his wife. MAin control room Guards c/o Bouley and Gannon keep henry and Gracie informed of what Laurence is writeing in his cell So That They can get there storys straight Before Being questioned. henry claims To have all ready planted A seed with his Family and That he Tells Them all about Laurence

164
On or near 8/13/06 AFTer passing out Food Trays c/o Rodriguez and c/o henry were Talking about a letter That Laurence was observed writeing the Deputy Collins By The camera.

ALLEGATions

165) on or near 8/18/06 Laurence while in the shower Asked c/o Leduc if Justin Prout was still in the Building. c/o Leduc Said yes, Then as c/o Leduc passed By F control door c/o henry yelled why did you Tell him hes still here now hes Gonna send That letter. c/o Leduc Said yA Thats what we want him to do. Henry Said yA its not your wife and Kids in There, c/o Henry was Refering To A letter That Laurence was oBserved By the camera writeing

166) on or near 8/18/06 Laurence was Faceing his Sink Trimming him self with a pair of Toenails clippers. The porter while entering the block made a statement that Laurence was Jerking off at his Sink, it was then investigated and determined By The correctional officers in Main control who watch Laurence with a concealed camera That Laurence was Trimming his crotch area. Bill BeGones Said Main control room officers Are told to watch Laurence every second exspecialy when useing Toe nail clippers.

167) on or near 8/22/06 Laurence Mailed a yellow envelope That contained a white envelope, Both envelopes were Addressed To a Judge. after completeing The letter Laurence oBserved Two OFFicers discussing The contents, so he wrote on The white envelope Exhibit For Federal court and sealed it in A yellow envelope and had it placed on Top of The Mail Box. on 8/23/06 C/o Pararatta picked up The Mail and then about 8/30 AM Laurence Believes he oBserved C/o Smoot Tell C/o henry The details of what Laurence wrote on The envelope. every Thing Larence does in his cell Main control Tells all offi-cers, and They place Bets

168) on or near 8/26/ and 8/27/06 Laurence wrote a Letter To warden weeden complaining of The ABuse Being inFlicted upon him By The use of A hidden camera.

169) on or near 8/23/06 Laurence asked C/o Smoot To have a Maintence Man check his Light switch Because he Felt Some one put a Fishing Line in side of iT. aT a Later Time C/o Smoot returned with a Maintence Man and retrieved a piece of string. C/o Bouley SAid he seen Laurence put The string in There

168) which is False he also Told Smoot That Laurence Made Faces AT him Behind his Back. with The camera

169) on or near 9/5/06 warden weeden sent Laurence a Letter STATEing LeT Me Make This clear There is no camera in your cell nor is There any Listening devices worn By Guards

170) on or near 9/8/06 AT Supper Time c/o danials Told c/o Calise what c/o woJTAN owsk seen Laurence doing in his cell with a camera he also Talked about what Laurence was reading and STATED he gave Laurence A rotten peach. c/o danials has repeatedly TAlked ABout what The camera views Laurence doing And more Times Then not he Lies

171) on or near 9/11/06 c/o henry and LT Getter were discussing what Laurence wrote in a letter To MS Soccio A D.A.

172) on or near 9/14/06 AT about 12 noon c/o Gracie entered The Booth and Told henry what Laurence was OBServed writeing in a letter To a Lawyer. Her and c/o Spadoni Harass Laurence and Try To Make Laurence think They Are TAlking about him. as well as c/o henry.

172) C/O Spadoni and C/O Gracie will write A Report So Laurence can see him, C/O Gracie will write things about Laurence so That he can see her, she does This intentionaly To Try And Make Laurence paranoid.

173) on or near 9/14/06 Laurence was in his cell writeing a letter about his son and about a dream he had, Laurence heard LT Avila comment on The letter as he LeFT The Block, Main control room officers C/O WOJTANOWSK and John Does on 2nd shiFT Tell officers what Laurence writes in Letters To JudGes, Attorneys, MS Soccio, district attorneys, STATE police and Family This has Been Going on For years. The officers on 2nd shiFT watch Laurence deficate, urinate, and masterbate, They zoom in on his Buttocks while he wipes his Butt. They watch his penis as he urinates, They watch Laurence every second, They Tell Guards what he does, They watch him masterbate and Time him They Bet on how Long it will TAKE, They Tell C/O danials and then danials writes Fraudulent reports saying he seen him.

174) on or near 9/15/06 AT ABOUT 7.15 AM c/o Renshaw came threw F Block with nurse haley LAurence Filled out a Request Form To ms haley Before She entered The Block, He ripped it up and Filled out a new one reques-Ting To see Someone From mental health, he handed The Request Form To ms haley, As ms haley and c/o Renshaw left the Block c/o Renshaw said he Just Got him self Locked up commenting on The First Request Form, ms haley told him it was not The Slip. not sure of her exact words, what happen c/o Bouley or John Doe Immediately told every one about The Request Form. and Between G corridor and F Block Laurence wrote A second slip unknowingly To c/o Renshaw. c/o renshaw Said There is no cameras in cells

175) on or near 9/15/06 c/o Henry TOOK LAurence TO The print shop TO GET LeGAl work he needed, LAurence Approached The First Box of LeGAl work, and in response c/o Pierce and c/o LeFort MAde COMMENTS That Thats what LAurence is AFTER referring TO PicTures OF his Shin. They knew Because LAurence while doing LeGAl work in his cell WAS Being watched with a concealed camera. c/o SpAdoni had his Back TO LAurence. Then c/o wood SAid hey LAurence write some more storys ABOUT this and Then Kissed c/o henry. LAurence Told on henry For cheating on his wife. LAurence Then COMMENTED how he knew Henry + wood HAd sex in her up stairs apartMENT. and how when c/o wood worked The Block her + henry would BET on whether or not The CAMera would see Laurence MasTerbateing. and how They All watch LAurence MasTerbate. LAurence Said can I SAY The positions with OUT Being Booked. c/o ClAuse said I wont Book you I'll punch you in The Face LAurence SAid why cause I Told on you For cheating.

175) on your wife with cheryl. c/o LeFort said IT must Be in The soup in response To Laurence Talking about The camera in his cell. c/o Pierce Then Told Laurence That everything he said in C Block was a Ruse. he made A Remark about Laurence Being punched in The Face. Laurence stated no one is gonna punch me in The Face. pierce said you got That right not while your in hand cuffs They wont.

176) on 9/15/06 c/o Blane Asked Laurence if he wanted To see DR RoBerTs a psychiatrist. Laurence said yes c/o Gracie and c/o henry and other Guards all wrote reports stateing Laurences Face was Red. while see-ing DR RoBerTs and Telling him how Guards were abuseing him with a camera, Laurence could hear Guards out side The door Argueing ABOUT what main control room officers Alleged They seen Laurence doing with The hidden camera. c/o JANE DOE [redacted] was Laughing Dr roBerTs Told Laurence There was no camera Ronald Renshaw said

177) That Laurence was seen By A Camera Master-Bateing, and That Laurence was Looking AT A picture OF Kids They Argued over The AGe OF The Girl, c/o Ronald Renshaw said watch Laurence will never Be allowed SMUT Books in prison. He went on TO SAY Laurence Fucked A Kid in The ASS, this All went on while Laurence was crying about his Son his ex Girl, and the camera. The psychiatrist said there is no camera.. c/o Blane said The girl was A Teenager, They were Listening TO Laurence Talk TO a psychiatrist and a women Laughed

178) on 9/17/06 SIU and correctional officers watched Laurence with a hidden camera For the purpose OF seeing whether he had Guilt, and whether or not he Believed his Son is dead.

179) on 9/19/06 c/o Henry was in The Control Booth with conselar KATe Talking BAd about Laurence c/o henry Tells KATe And others about Allegations pertaining TO Laurence and A CAMera and he calls Laurence a diddler.

180) on or near 9/20/06 c/o henry and Kate The counselor were in F control Talking About Laurence, c/o henry keeps Telling Kate That Laurence is a diddler and Talks so Laurence will Know what he is saying To harass him.

181) on or near 9/22/06 The store women left The Block Talking about Laurence, Guards Tell her and other store workers what Laurence does in his cell in view of The camera, as well as who he writes and what he says and They Tell Them False Allegations in a Attempt To Make everyone hate Laurence

182) on or near 9/24/06 c/o Gracie was in F control Laughing at Laurence. Main control room Guards c/o Bouley c/o Fehnel c/o howard c/o Gannon Tell c/o Gracie and everyone what They see Laurence doing in his cell Deficateing, urinateing and use This To humiliate and harass Laurence while denieing Theres a camera

183) on or near 9/28/06 Laurence wrote a letter To a Ms Cindy Soccio a District attorney and had it mailed, 3rd shift main control watched Laurence write it with a camera. c/o Gracie who worked F control was Talking about The details of The letter and said wait untill he sees her in court and sees all the pocodots on her Face Refering To The contents and his ExGirlFriend

184) on or near 9/28/06 Laurence Believes he observed A Guard and A Lt. Langlois Talking about his letter that he wrote To Ms Soccio

185) on or near 9/29/06 while Laurence was Getting legal work Laurence Asked c/o Pierce a question and Pierce Said why dont you call The F.B.I Laurence wrote letters All weekend in view of the Camera and Flushed them down The Toilet. About c/o pierce

186) on or near 9/30/06 A Jane Doe nurse on the 7-3 shift made A Derogatory remark about children and infered that Laurence was A child molester, when she left Laurence wrote how he Felt About what she said. The main control room Guard who watches Lauren-ce with a camera Relayed what Laurence wrote About her. She Be came very up set and was Reported To of Gone To see The State police commander of The A.C.I. But Every one keeps Telling Laurence There is no camera.

187) on or near 10/1/06 Laurence wrote a Letter To Joe Forgue A Few Minutes AFTer he Finished writeing it in his cell he OBserved c/o Gracie enTer F conTrol and Tell OFFicers Henry and SMooT? DonT rush in There To geT iT. iT helps him, Mr Forgue was said To have guesTioned Gracie about This incidenT

188) on or near 10/3/06 c/o henry said a nurse who LAurence puT A Hex on was up seT and ThaT someThing Fell and all MosT hiT her in The head noT sure of The exacT words cheryl Bailey commenTed on The same Thing and refered To her as her mini me

189) on or near 10/6/06 Laurence wenT To see Dr RoBerTs, Laurence complained abouT The ABuse and harassmenT he was Recieving From GuArds who wATch him with a hidden camera Dr RoBerTs RepeaTedly Told LAurence There is no camera in FronT OF A John doe nurse and a OFFicer ThaT LAurence heard TAlk ABouT The camera. Laurence Became up seT and wanTed To Leave. c/o renshaw Took LAurence By The Arm and showed him A TV screen ThaT depicTed cell 1 and said This is The only cell ThaT has A camera, and iTs A

189) Bi6 Camera you cant hide it. a Mr Bailey who is in charge of security was present Mr Renshaw repeatedly Told Laurence all the way Back to his cell that there is no cameras in the cells. and told him his Law suit will Be Thrown out.

190) on the evening of 10/6/06 nurse Bailey and c/o Johansen came to Laurences cell with meds A sleeping pill and a anxiety pill Laurence takes as a result of the camera. after Laurence took his meds c/o Johansen smiled at Laurence steering at him Laurence said if I didnt want it I wouldnt take it. Laurence Became enraged and told inmates in F Block that C/o Johansen while A Maintence man put cameras in all the Lights They did not Believe it.

191) on or near 10/7/06 c/o Smoot entered F Block and a inmate Timothy Stone called c/o Smoot to his cell and said whats this I hear yous Got cameras in all the cells and yous Be watching us Masterbate. c/o Smoot adamantly denied this and stated theres no cameras and swore on his Grand Mothers Soul

197 on 10/11/06 while Guards From Maximuim Security searched Laurences cell They Talked About how he knows Trade secrets, one c/o said Laurence was Talking about mothers Then another c/o said no he Just writes it on paper. A c/o was wispering about some Thing Then the other c/o c/o Largy said he dont know yet no one has Told him, A c/o said The whole complex knows the c/o said he has ears like ? he hears everything. Some one was doing something To Laurences Belongings when c/o Largy Told him dont he Then said I'm the senior officer I have 16 years in. a c/o said Laurence was sticking things in his ass. a c/o said There watching you know. a c/o said I dont Give a Fuck. c/o Largy said Joe Forgue, a c/o said he's not Going over my head. A c/o said whats up with Broduer on me all day about Flags on my radio. Largy said Broduer was a vet. A c/o said Laurence gave him a bad name For saying something about The last Time they searched his cell, Laurence was not allowed To watch The cell search while they went threw his legal work c/o Bulockwa entered Just like last Time and may have photographed something. As soon as The cell search was complete Mr Begones pulled c/o petty From her post

193) on 10/11/06 after Bill Begones pulled ms petty from her ~~house~~ post, nurse cheryl entered F module stateing she runs around here like a slut and she talks about me. It was rumored Bill took her to the staff house then to his apartment

194) on or near 10/12/06 c/o henry came back into F control and told c/o Gracie to write Laurence in the log book and dress it up real good. c/o henry told Gracie how Bill dragged his ass in. said some gossip about c/o petty and Bill Begones. c/o Gracie said shes a bigger slut then ~~me~~ I am

195) on or near 10/12/06 ms petty came into F control and looked directly at Laurence she looked scared for hrs. then she left the booth entered into the hallway she returned. Laurence finished a letter he was writeing about c/o petty and Bill Begones to a Judge. then Captain Headen and LT. Avila entered the control center. c/o petty was looking directly at Laurence laughing at him Capten headen gave c/o petty credit LT. Avila

195 Said he didnt Mail it yet. Laurence then Marked the letter as evidence. c/o petty Bragged how good the sex was. c/o petty had Been doing under cover work pertaining to Laurence and Laurence oBserved her say she was undercover several Times, when Laurence writes ABout her in his cell c/o woJTAnowsk Tells her what Laurence Said or he Tells c/o Danials c/o Rivas c/o Torez c/o HABershaw or othersand they Tell her. and or say some one said

196) on or near 10\13\06 AT 7AM as usual c/o henry entered the BuBBle he and the 3rd shift c/o were LAuGhing AT Laurence then c/o Gilbault came threw Laughing at Laurence. every Morning Guards enter high security and Learn the contents of Laurence's letters this has Been going on since June of 2003 That Laurence has witnessed. c/o henry Traded places with c/o Tierny so he could stand in Front of Laurences cell and LAUGh AT him For not Getting a store order. c/o Tierny Said Laurence Jerked OFF in the shower and swallowed the evidence

19) On or near 10/13/06 C/o Zannini came to Laurences
cell To Take him To see DR roberts a psychiatrist.
once again while Laurence complained about
The ABuse he was suFFering From Guard Storm-
enting him with a concealed camera. he heard
Guards out side The door Talking. C/o Paul Ledue
Said Laurence Threatened his wiFe and Kid
ReFering To a sKiT Laurence wrote in his
cell and Flushed iT. he SAid C/o petty Told
him To his Face last night. he can read
Lips. he SAid he is gonna Lie. ABouT all
Laurence's allegaTions. DR RoBerts was
Repeatedly Telling him That There
was no camera in his cell. C/o Ledue
and C/o ZAnnini were TAlKing ABouT
The STATe police. C/o henry and C/o
Gracie. C/o Ledue SAid C/o henry and
C/o Gracie had on A wire yesterday 10/12/06
and That They GoT Laurence good ReFer-
ing To what Laurence was writeing
in his cell, C/o ZAnnini SAid YA JusT
Like he SAys ReFering To The ACI
commander. I dont Know how yous
Are doing iT. He Knows Every Thing
Thats Going on BuT yous dont TAlK
about noThinG. C/o Ledue SAid Thats
cAuse he has Someone on The inside

198) while Laurence could hear this c/o leduc TAlking about information he learned From The camera. DR RoBerts was still Adamantly Telling Laurence There was no camera in his cell. c/o leduc was Talking how c/o Gracie and c/o henry had on a wire 10/12/06. But Laurence has a letter From warden weeden stateing let me make this clear no officers wear a Listening device and there is no camera in your cell. c/o leduc Said. "Jimmy Said he will Be in Federal Court with Bells on Theres no TV cameras There. ReFering To c\o James henry

199) on or near 10/14/06 c/o petty Said Bill Begones Told her Lots of Storys about Laurence From 10/14/06 thru 10/16/06 c/o petty made Jokes about Laurences penis Said Bill Told her hes Got 3 inches She Said Bill is 4 Times The man Laurence is. she Said Bill is Gonna help her get a gun permit and There gonna use Laurence, For several months Ms petty has been makeing Jokes ABout Laurences penis

20) Laurence is under surveilance 24 Hrs a day. watched with a camera. For about A year C/o petty and other Guards have made Bets on whether Laurence would master Bate, when, and how Long and what Time he would start while in cell 11 C/o petty would Bet on what end of The Bed he would Lay while master bateing, she would Bet whether or not Laurence would deficate, she would Bet whether or not Laurence would wash up. what Food he would eat. on or near March 30 2006 Laurence oBserved C/o petty Talking To C/o WoJTANowsK asking him if she could call him Directly and ask him what Laurence was do-ing in his cell, Guards constantly would tell C/o petty storys about Laurence. if he put his hand in his pants they told her. if he scratched his leG or hip or crotch they told her if while Laurence deficated he put his hand near his penis they told her. Begining March 30 2006 Ms C/o petty and C/o WoJTANowsK Began Betting on Laurence. They would Bet how

) Many A pluses he would Give her and how Many stars. They would Bet Money and Bottels OF Juice. C/o petty would pretend To clean The booth and place Bets That she would Get Laurence To Masterbate. Bill Begones had her doing Experiments. EveryTime Laurence would write a Message To her on a sheet OF paper on his desk C/o WOJTA-nowsk would call her, and Tell Ms petty what Laurence said To her. or he would have Guards Tell her. Ms petty Said That aFTer Guards searched Laurences cell on 10/11/06 That They all Laughed about how small Laurences penis was She Said Bill Begones Told her Laurence had three inches. she also said That c/o Danials Said Laurence was shakeing in his shoes and That his cell Smelled Like A Suer. c/o Danials c/o Turez c/o Leduc c/o henry Most all Guards after passing By Laurences cell will Say it smells Like shit They do This cause Laurence is sueing Them For watching him with a camera. They all so put Laurence in view of The control Booth so They can watch him DeFicate