201) on or near 10/15/06 Main control room officers Told officers That Laurence was seen sticking his Finger in his ass

202) on or near 10/16/06 c/o petty was in F control center Laughing at Laurence saying he stuck his Finger in his ass and Laurence Believes That c/o wojTanowsk Told c/o SMOOT TO Tell c/o petty That Laurence wrote in his cell Tell Ms petty she is Georgeous and Exotic he may have changed it to hot and spicy Laurence Believes its what he observed Them say

203) Since Laurence Began working on his civil claim in 2003 c/o Bowley c/o Gannon and c/o wojTAnowsk would watch Laurence Study case law, They read what he read and discussed it, In 2004 They Became aware that They There actions were a violation of Laurences right To Bodily privacy. as well as cruel and unusual Treatment. Bill Begones Gets a copy From the Law Librarian of All The case law That Laurence Gets and he and others read the cases Laurence Gets From The Library Laurence did all The work while They watched with a camera.

204

7) Main control room officers who watch Laurence will tell other officers that Laurences face is Red from Guilt, and blame it on a Book Laurence is Reading or say its from reading his transcripts. If Laurence thumbs threw paper work fast c/o Bouley tells them Laurence is trying to hide some thing. or they say his face is red because of what some one said. or his face is red because of what he said. Then officers come to Laurence's cell and look to see if Laurences face is Red This has taken place since June 2003. If Laurence fixes his underware or scratches while writeing. c/o Bouley and c/o Wojtanowsk will tell officers. A kid triggered it. if his son is a topic of the letter he is writeing they will say his son triggered it Be cause Laurence fixes his draws or scratches him self or pulls his draws out of his Butt cheeks c/o Bouley Ex specialy will tell officers Laurence writeing or reading about his son aroused him. This has taken place since he knows since late June July 2003 This is what the camera is used for on a everyday Bases

205) On or near 10/13/06 Laurence Believes c/o petty was told By correctional officers that the main control room officer observed Laurence stick A Finger up his Rectum. Laurence Believes c/o petty was talking about this alleged incident and that is why she was laughing

206) On or near 10/16/06 Laurence Believes c/o Smoot entered F control and told c/o petty that Laurence wrote in his cell that she is Georgeous and Exotic

207) On or near 10/21/06 the Main control room officer told c/o Torez and c/o Rivas to Look at the Book Laurence was reading so they could write a report.

208) On or near 10/21/06 c/o Tierny was in F control talking about Laurence to a Female c/o petty. officer's tell Female Guards what Main control room officers say they see Laurence do with a hidden camera.

209) On or near 10/22/06 c/o petty was allowed to leave early as a result of her getting credit for what Laurence writes and does in his cell

210) On or near 10/23/06 Main control called c/o henry and told him Laurence urinated in a Milk carton, henry then told c/o Smoot. This was observed with a hidden camera

211) on or near 10/24/06 c/o petty again LeFT work early For credit she recieved pertaining To what Laurence writes and does in his cell

212) on or near 10/25/06 Laurence wrote a letter To Honorable Judge FortunaTo and Ms Soccio, about Ms petty, c/o danials and others, he did not Mail the letter

213) on or near 10/25/06 Laurence Believes he oBserved c/o henry Tell c/o SMooT what Laurence wroTe in a letter about how every Time he speaks good of a officer They Make a iddioT of him 3 examples Mr danials, Mr duarTe Ms petty actualy 4, Mr doublas, Henry Told SMooT he is number 5

214) AFTer The writeing of This letter A c/o danials LeFT The Block saying how Laurence Thought he Liked him.

215) on or near 10/26/06 AFTer Laurence recieved a Legal letter From Federal courT Giveing him a case number. all The Guards knew Laurence's civil claim was Filed. c/o henry and c/o Gracie were rewarded overTime and Given credit For Laurence Fileing his civil claim in Federal courT. due To The FacT Laurence said c/o Gracie and c/o henry were Responsible For The civil claim being Filed

) on or near 10/26/ - 10/27/06 ACI Guards were Laughing about The letters Laurence wrote in his cell To Honorable Judge Fortunato and Ms Soccio how he suffers while Trying To go To The bathroom Knowing c/o Bouley and c/o WoJTANOWSK are watching him. while he Trys To DeFi-cate.

217
) on or near 10/27/06 while Laurence was on Rec c/o Gracie wrote up Laurence accuse ing him OF Killing spiders, and wrote not sure To dirty him up. at 130 c/o WoJTAN owsk came To Laurence's cell with his Clothes his Face red, c/o WoJTANowsk is The one who watches Laurence From 3-7 with a camera. and he Tells c/o danials and others what Laurence is doing, he again came To Laurences cell smileing at Laurence asking him IF he wanted To See DR RoBerts The psychiatrist. DR RoBerts has Laurence on sleeping pills and anxiety pills To help him cope with The camera that everyone says dont exist

218) on or near 10/27/06 at about 9 PM. c/o danials and c/o Rodriguez conspired to write up Laurence, and Fabricate a incident while Laurence sat on his bed putting on his Long Johns. c/o Danials put on the night Light. At which point Laurence noticed c/o Rodriguez Looking in Laurences cell, Then c/o danials walked By looking in Laurences cell. c/o Rodriguez Told officers That he saw Laurence putting cum in his Mouth and c/o danials corroberated it c/o danials said c/o WoJTANOWSK who watches Laurence with a camera. was not watching. c/o Rodriguez and c/o danials Both said Let him open it up and prove its not True. which Means open it up "The cameras". c/o henry and c/o danials. and others and c/o Rodriguez on or near 10/28 10/29 say They have Laurence on Tape, Danials Fabricated numerous Reports Accuseing Laurence of doing indecent obscene Things To him self,

219) on or near 10/28/06 c/o Bouley worked c/o henrys post. and while doing so Laughed at Laurence and remarked how Laurence used 6 pieces of paper For a letter to a JudGe and Ms Soccio he said

219) Laurence used 6 pieces of paper so it would come back, Laurence did this in the past. To show they talk about what he writes, in his cell, C/o Bouley watches Laurence every second. On Saturday he and LT Getter were laughing at Laurence. C/o Bouley works main control the camera TV room

220) On or near 10/28/06 C/o Gannon who is C/o Bouleys partner. worked overtime and escorted nurse bailey to F mod during med call, when they came to Laurences cell C/o Gannon was smileing at Laurence while he took his sleeping pill and anxiety pill. C/o Gannon knows Laurence knows he watches him with a hidden camera, Laurence is on medication The Guards think its Funny

221) On or near 10/29/06 while in F control C/o henry said Laurence committed perjury By telling the Federal court he had no out side income

222) On or near 10/30/06 ACI Guards knew the contents of letters Laurence mailed the providence superior court. ACI control center Guards watch every thing Laurence writes

223) on or near 10/31/06 c/o Bouley c/o Gannon and c/o WoJTanowsk watched Laurence Go To the Bathroom, watched him write Legal Letters and Told officers what They Alleged They seen Laurence write and do while They watched Laurence with a hidden camera.

224) on or near 11/1/06 John doe officers and c/o WoJTanowsk watched Laurence use The Bathroom, masterbate and watched Laurence write a Legal letter To A Federal prosecuTor and They Told officers what They observed Laurence Allegedly doing while They watched him with a hidden camera

225) on or near 11/2/06 John doe officers c/o Bouley c/o Gannon c/o WoJTAnowsk watched what Laurence wrote in his cell and Told officers what They Allegedly seen Laurence write as well As use The Bath room, They make up storys ABout Laurence To Embarrass him

226) on or near 11/3/06 John doe officers, Edward Gannon Gary Bouley and c/o WoJTAnowsk watched Laurence with a hidden camera and They use what They see To Embarrass him and They make up storys ABout Laurence

227) on or near 11/4/06 c/o wojTAnowsk watched Laurence Masterbate with a hidden camera and told Guards the details, he uses the camera to watch Laurences penis and then makes Jokes about Laurence and tells Guards the size of Laurences penis

228) on or near 11/5/06 John Doe officers and c/o wojTAnowsk watched Laurence with a hidden camera. and officers talked about a Affidavit that Laurence wrote to the Court

229) on or near 11/6/06 c/o Gilbault picked up Laurences Affidavit to the Court from the Mail Box and left the Block, on that day and night Guards knew the details of the Affidavit

230) on or near 11/7/06 John does watched Laurence with a hidden camera. Guards tell Laurence there is no camera in his cell

231) on or near 11/7/06 c/o wojTAnowsk and John Doe watched Laurence Masterbate with a hidden camera.

232) on or near 11/8/06 John Does and c/o Bouley. Gannon and wojTAnowsk watched Laurence with a hidden camera. they watch Laurence 24 Hrs A day and harass him

233) on or near 11/9/06 John does and c/o Bouley, c/o Gannon and c/o woJTanowsk watched Laurence with a hidden camera and use The camera To harass Laurence, while Guards and superiors Tell him There is no camera in his cell

234) on or near 11/10/06 John Does, c/o Bouley c/o Gannon used A hidden camera To watch Laurence and they use The camera To harass Laurence By Telling Guards Fabricated Storys

235) on or near 11/10/06 John does and or C/o woJTanowsk watched Laurence Musterbate, urinate and Told Guards The details.

236) C/o Mike Mellucci and or John does who watch Laurence From 11-7 Tell Guards whether or not Laurence washes his hands Before putting his Dentures in his mouth every morning AT 6-630 AM. and They Bet on if he Brushes his Teeth

237) on or near 11/11/06 John Does and C/o Bouley Gannon woJTAnowsk Mike mellucci watched Laurence do legal work, urinate deficate and Told Guards what They observed Laurence doing and use This To harass Laurence

238) on or near 11/12/06 c/o Bouley and c/o WoJTanowsk watched Laurence do legal work and Told Guards what they oBserved Laurence writeing with a hidden camera thats used To harass Laurence

239) on or near 11/13/06 John Does and c/o Bouley, Gannon and c/o WoJTanowsk watched Laurence urinate, Deficate, with a hidden camera and use the camera To harass Laurence

240) on or near 11/14/06 c/o Henry made a comment To a LT. Galagan about Kiddy porn directing it Towards Laurence. LT Galagan said they had clothes on it was not kiddy porn This is the same conversation officers in this Law suit had on 9/15/06 out side a door in the hospital while Laurence was emotionaly up set and crying To A DR Roberts about how ACI Guards Torment Laurence every day.

241) on or near 11/14/06 c/o henry made a comment How c/o Manning won the Bet on when Laurences peanut Butter would run out which was oBserved By The camera

242) On or near 11/15/06 Laurence Laid in Bed under the covers and Tried To Take a nap. Afterwards c/o henry on 11/15 or 11/16 Told officers Laurence was in Bed masterbateing and That he learned this From Main control. So Laurence wrote 11/15 on his Boxer shorts, so when Mr Begunes went threw Laurences Dirty clothes with his Blue Light he would see Laurence was not masterbateing. This was a Result of A Brochure Laurence recieved on 11/14/06 From a charity called Feed the children.

243) On or near 11/17/06 while Laurence Explained To Scott Ford he was Glad That a man was convicted For stabbing a Fashion writer To death in 2002. Mr henry ran out of the Booth To Go dirty up Laurence To make him Look Bad, Because ms cindy and Joe Soccio Told Bill BeGunes and Joe Forgue on 11/17/06 To make Laurence Look As Bad As possible. So every chance Mr henry Gets he puts words in Laurence's mouth.

244) on or near 11/18/06 Laurence worked out in his cell in the dark, he then took off his clothes and washed up, put on his Boxer shorts and turned on the Light Cheryl Baily the nurse came with c/o dennet to Laurences cell, she came to Laurences cell quickly. Because she thought he was not dressed Because c/o woJTTanowsk Tells her what Laurence is doing. Ms Bailey allways has the c/o come to the door First and she Gives him The medication From the left side Last night she Gave Laurence his meds From the right so she could Look in his door and write A FABricated Report makeing Laurence out to Be A Sexual Deviant.

245) on or near 11/18/06 c/o petty was up set over the letter that Laurence was writeing in his cell to Ms Cindy Soccio, the letter is dated 11/18/06. She was evidently Laughed at By First shift officers

246) On or near 11/20/06 C/O Gilboult picked up Laurences legal mail to Honorable Judge Fortunato JR and Judge Savage and to Ms Soccio, The ACI Guards who worked main control over the weekend told Guards what the legal mail said as they watch Laurence with a hidden camera

247) On or near 11/20/06 C/O Estrella while working over time in F control center went in to the Bath room and read a Magazine while pretending to Deficate, In Retaliation for what Laurence wrote in his legal letters about Ms C/O petty, He did this to make Laurence wait in a locked shower. C/O Smoot Blamed it on C/O Estrella.

248) On or near 11/21/06 Laurences cell was searched with out him present and the ACI Guards knew what Laurence wrote in a letter to the State, main control room officers watch Laurence with a hidden camera.

) on or near 11/21/06 while passing out Food Trays c/o Dennet spent a Minute in Laurences cell while putting his Food Tray on his bed, he did this while Laurence was in the shower, he and others wanted to see if Laurence would search his cell. They watch Laurence From Main control center with a hidden camera. The reason For this ruse was to show whether or not Laurence is paranoid, when they search Laurences cell they throw his spork in the Toilet. c/o Bouley watches Laurence with the camera as Guards enter the cell Block to search. he then tells Every one that Laurence Knows the difference Between Right and wrong

) on or near 11/21/06 while nurse cheryl Bailey was Given Laurence his sleeping pill she used c/o pacela to Try and start a conversation with Laurence Ms Bailey uses a small Tape recorder To Tape Laurence, she then Entered The court yard and Faced Laurence spreading her Legs in A provocative

249) Manner. c/o Pacela Then entered The Court yard and put his hand on her Right shoulder as if To say Lets Go

250) On or near 11/22/06 Laurence Asked The John doe nurse For Something To help him with constapation. c/o Brouilette and The nurse Then Returned Laughing at Laurence

251) On or near 11/22/06 2nd Shift c/o Dennet and nurse Bailey went To Ricky Mims cell, Ricky was in his Long Johns The nurse gave him his meds, she Then Gave Laurence his meds while Leaveing she made a comment pertaining To Laurence Being here For child Molestation. This was in Response To c/o Dennet asking her why she did not have a problem with Mims Being in Long Johns.

252) On or near 11/22/06 correctional officers Gambled on how many Times Laurence would Deficate

253) On or near 11/22/06 Correctional officers discussed The contents of The Letter Laurence wrote Joe Forgue

254 On 11/23/06 Laurence was on his Toilet deficateing he heard a knocking sound on his window he Looked up To see A Man peeking in his window Looking at him with A SKI MASK his eyes were Blood Shot Red This was Mr Sousa

255 On or near 11/24/06 c/o Gilbault picked up a letter addressed To Mr Patrick Lynch, c/o Sousa Then passed out Break Fast and Then questioned As To whether Laurence had Guilt

256 On or near 11/24/06 c/o danials SAid To c/o Belisle I wouldnt Mind Giveing her a couple hundred To cum in her Mouth c/o Belisle SAid you will have To wait in Line DAVES [illegible] wife thinks she has A 500 necklace comeing he only paid 250. This was in Response To The letter Laurence wrote Patrick Lynch ABOUT prostitution in High Security, GAMbling. and cameras

257 On or near 11/27/06 c/o henry was MAKEing Jokes To c/o SMOOT about MAIL Laurence recieved about poor starving children Refering To the children As Kiddy porn

258 On or near 11/27/06 C/o WoJTanowsk and or John Doe Told officers Laurences FAce was Red while writeing Ms Soccio A Letter ~~TO Kevin duy~~er ABOUT Kevin GArdner

259 On or near 11/28/06 c/o henry said That Laurences Face was Red while writeing A Letter To Ms Soccio about Kevin Gardner and CAlled LAurences Mother a STinking Bitch.

260 On or near 11/29/06 LT Doyle came TO F Module court yard door with A Request Form That LAurence sent TO CAPTAIN Anderson, He pretended TO conceal it while putting iT up TO The window, And kept asking why did you send This. The inmates were AT There doors watching. LAurence explained his Reason For putting The Request Form In was because oFFicers kept Telling inmates ThaT I M A child Molester, And That Sunday and Monday a inmate was makeing remarks about Me Being a pettiFile, I did not hear what he said, Henry said iF I did not deny iT iT MUST Be True so I denied iT in writeing and Explained Ive never Raped any BaBys or Kids or any one Like Guards are Telling inmates, and My criminal record proves iT.

261 On or near 11/30/06 while c/o Ledue was Takeing LAurence To see The classiFicaTion Board Ricky MiMS said is That what

262) There calling it these days? c/o henry Laughed

263) On or near 12/3/06 c/o duarte returned to work and Tried putting words in Laurences mouth infering That Before he left Joshua Flynn and he had a on going Fued That was so Bad he had to keep them seperated. Laurence asked c/o Duarte about Dan Brown and his family and told Duarte all the storys he heard, c/o duarte looked at Laurence and said Ive never been at Dan Brown SRs house in front of inmates

264) On or near 12/4/06 Laurence was ordered to go to a Rea class to watch a video on sexual assault on prisoners. while there Laurence heard c/o duarte and c/o Fehnel Talking very quietly Duarte was talking about a letter that Laurence wrote in his cell, about how c/o duarte and SIU Bill Begones secretely recorded Laurence and duarte talking. c/o duarte said Laurence will get the Bad with the good and commented how he thought Beverly Brown and her son may help Laurence by telling the truth. Bill Begones had the tape recording Transcribed and had c/o duarte show this Transcript to several people for the purpose of reading it. c/o Fehnel and duarte also talked about how Laurence Fights and head Butts. This was

264 Observed By The camera in Laurences cell They then TAlked ABout another Letter Laurence wrote in his cell about c/o petty c/o duarte Said I didnt know she was like that. Michael ducharme was questioned As to whether or not he heard this Laurence can hear a wisper at 40 yards

265 On 12/5/06 officers knew what Laurence was writeing in his cell and that Laurence Ratted

266 On 12/6/06 officers knew what Laurence wrote in a letter to Ms Soccio and Joe Forgue

267 On 12/7/06 Laurence went to see the Sociologist Scott in the attorney room, prior to this Scott came to Laurences door and asked Mr Laurence if he wanted to speak to him and he showed him a note from Ms haley that said Laurence wanted to see him The note said see norman Laurence. Laurence said he would speak to him. Laurences Face was a little Flush From laying down reading after he worked out earlyer. This causes Laurence Fatigue. while Laurence waited to see Scott he was observed By main control with a camera they were Studying Laurence For Guilt. Then when Laurence went to see Scott Lt. Avila came in, he was not hear to observe inmate Ducharme TAlk to Scott But wanted to Be here for Laurence they sit and Try

268) To listen to what Laurence says so they can write reports. when Laurence came out everyone wanted to see if Laurences face was red so they can write a report on what they think it means while talking to Scott and telling him how officers and inmates harass him and call him a child molester Scott interupted Laurence and asked if this was in his past, why do they say this Laurence flat out denied it. If he had tried to explain, How everyone tormented him for years with a psychiatrich Report. C/o Danials and Lt. Avila would of put words comeing out of Laurences mouth. Laurence is unable to seek mental health treatment with out Being harassed. Later that night a Guard said Wojtanowsk said Laurence couldn't look in his mirror fast enough. and they said c/o danials wrote that Laurences face was Red

269 Laurence is unable to do law work in his cell, he cant write down his defense he cant plan questions he cant write down what he knows with out Gary

269) Bouley c/o WoJTanowsk and others Telling what LAurence is doing LAurence is unable TO plan Court room STrategy For his civil CAses or criminal cases. IF he Trys TO hide TO write, Guards will TAKE LAurence and other inMATES OUT OF The Block and search his cell. They have TAKEN LEGAL work From LAurences cell and photograph his LEGAL work AS well the ACI Guards TorMENT LAurence with A CaMera. TO no end and LAGh!

270) On 12/9/06 AT 650 AM LAurence wroTe on a sheet OF paper Tell c/o Rossi and c/o henry TO STOP SMoKeing in The Bathroom and Then Flushed on 12/10/06 For the very FirsT Time in years c/o Rossi did NOT Repeatedly Spray the Bathroom with Bleach and Lysol TO disguise The odor OF cigarette SMoke. he Then Took A 630 AM Cigarett Break something he usualy dont do every Morning c/o Rossi sprays the Bathroom. This Morning he did not Because he did not smoke in there Because The camera wATched Laurence write A Letter Telling and Then Flushed it.

271) on or near December 20th 06 plaintiff heard the records keeper talk about what main control claims they see him do in his cell, she told an officer she believes plaintiff likes women and kids and spoke in front of a nurse practioner about what plaintiff is allegedly seen doing in his cell nurse haley was also present for this conversation about how plaintiff is under observation.

272) on or near 12\28\06 c/o leduc c/o Bouley deputy collins and Ashbel T wall were in F control lecturing c/o Bouley about what he tells people and how he watches plaintiff his face was Red. N/S

273) on or near 1\9\07 Deputy Collins came to Laurences door and asked him how he is doing when Laurence complained about the camera. she told him there is no camera and went in to a long story how she does not pay for cameras

274) on or near 1\16\07 c/o petty and c/o Gracie Agreed to have lunch together to show plaintiff the letter he wrote in view of the camera about them did not conquer and divide

274) LAurence Flushed The letter down his Toilet a Few Moments aFTer he wroTe iT

275) on 1\14\07 c/o DuarTe Took A LAW SuiT OFF the Mail Box That plainTiFF Mailed him and Then on 1\17\07 Told LAurence he was Loseing iT and he called him a ReTard and a Flake and inFered he is NuTs about The camera. LAurences cell was searched By John does c/o LArGy who TAlked ABouT LAurence

276) on 1\25\07 c/o Ron renshaw came in The Hospital and LAuGhed AT LAurence while he was haveing a cardiagram. c/o north LAuGhed AT LAurence Because They GoT word LAurence posT convicTion was denied while pAssing ouT Meds c/o Cheryl Bailey and c/o Torez LAuGhed AT Laurence

277) on 1\26\07 when LAurence came BAck From CourT c/o Bouley LAuGhed AT LAurence open MouTh SMile. Then when c/o pAcela and c/o cheryl Bailey cAMe with Meds They BoTh LAuGhed AT LAurence and Told him There is no camera in his cell c/o BAiley has TAlked ABouT LAurence and The camera since 2003 Driveing LAurence nuTs

278) On 1\26\07 while plaintiff was in providence Superior court in A cell he heard A Marshal Janedoe A petite short dark haired women makeing in Front of him useing ALBenzio Dimezzas name as the Source of her information as to what plaintiff was writeing in his cell letters to ms Cindy Soccio and a affidavit she talked about what the camera in Laurences cell is alleged to of seen him doing, she said Mr Dimezza Taped him in court she said Laurence is a child molester knowing this to Be False. she was laughing at Laurence, she knows he is mentaly ill as she Remembers him From A 2000 Trial. she Repeated defamatory Allegations Mr Dimezza Told her A Former correctional officer who passed around Laurences court ordered psychiatrich Report. Laurence also heard marshals say how c/o Gary Bouley allways calls there and tells marshals Laurence is going to give them A hard time, c/o Bouley and John Doe told marshals Laurence sharpened his Finger nails. Bill Bebones was also Alleged to Be there Desicrateing Laurences Character AGAIN. Marshal Badge 150 lectured Jane doe and defended Laurence Jane Doe Bailey was A witness to this massacre and she said if they can lie so cant I to Bailey and 150

279) on 1\28 1\29\07 Laurence only slept about 4
hrs Guards said he slept 8 Hrs. They do
This To down play LAurences LAW suit

280) on 1\29\07 c\o Leduc came To Laurences cell
and asked him if he wanted To see Doctor roberts
The psychiatrist Laurence went To see The DR
on The way Laurence and Leduc got into it
about The cameras Leduc kept Telling Lauren-
ce There is no cameras. Laurence said ya
Tell That To Judge Fortunato. Leduc said The
Judge retired 3 months ago Laurence said
I Just seen him on 1\26\07. while WAiting in
The hospital Leduc kept Telling LAurence There
Are no cameras in The cells. LAurence was There
with c/o Sousa c/o north and Leduc hes heard
all of Them TAlk ABouT The camera in LAurences
cell. Exspecialy Leduc To many Times To count
Laurence WAS very up set DR RoBerTs does not want
To Talk about The camera's he Told Laurence
That he seemed stressed out depressed and
Suffering From anxiety. The nurse and The
hospital clerk who were present also know
about The camera

281) on 1\29\07 while out on recreation Laurence
OBserved c/o henry in The F control LAugh-
ing with LT GAlagan henry was comment-
ing on how Laurence was oBserved in
his cell masterbateing The previous even
ing. He said Laurence eJaculated all on him self
not his exact words

# CLAIMS

## CAUSE OF ACTION

282) PlAinTiFF AVERS That in pARAgraphs 64 Threw 281 That DeFendants A.T. WAll, Jake GAdsden Jamew weeden BarBara Headen Arnold Anderson Thomas doyle CArol Getter RoBert LAnglois Mr Avila Donna Collins MR BAlAGAN WAlTer WhiTMan Are and were The supervisors OF High Security And Mr Reynolds were deliberately indifferent with Reckless disRegard in Allowing Gary Bouley C/o woJTanowsK, Edward GAnnon C/o DAuray pAul Mariorenzi c/o Howard and Mike Mellucci To TorMent Norman LAurence with The use OF A hidden camera since LATE June OF 2003 Knowing That LAurence SuFFers From MentAl illness Knowing That LAurence Kept Complaining Knowing he kept Asking To See MenTAl Health Knowing That LAurence was and is Being ABused.

## Second CAuse OF AcTion

283) PlAinTiFF Avers That A.T. WAll JAKE GAdsden JAMes weeden John Lopez Aaron Aldrich Are responsible For The ACTions OF Bill Begones who Terrorized LAurence From LATE June OF 2003 TO The present with The Assistance OF GAry Bouley C/o woJTanowsK Mike Mellucci pAul Mariorenzi C/o Howard cheryl BAiley C/o Brouilette C/o dAuray with The use OF A hidden camera They Allowed C/o Douglas

Second Cause of Action

283) C/o pierce, worth. Manning Torez LT Getter and John and Jane does C/o Duarte C/o Henry C/o Gracie TO ABuse Laurence Mentaly Knowingof his psychiatric history Bill BeGones Torchured Laurence By The use of Skits And ruses That Actions were Deliberately indifference with Reckless disRegard Malice with intent To Desicrate Laurence As A Father and As A human Being.

Third Cause of Action

284) The Actions of Defendands Gary Bouley C/o woJTanowsk Edward Gannon C/o Dauray Mike Melluccio Paul Mariorenzio Howard. watching and video Taping Laurence urinate masterbate Deficate and write legal letters do law work was A violation of Laurences First Amendment To Freedom of Thought, Access To Courts, his Sixth amend ment As he is pro-se and did write Lawyers his Eighth amendment As there Actions were Cruel And unusual And A violation of his First Fourth and Fourteenth amend ment To Bodily privacy By Being Secretely video Taped Since At least 2001 And Shareing these Tapes with STATE police Attorney Generals office And Society in violation of his Civil Rights

FOURTH CAUSE OF ACTION

285) The ACTIONS OF defendants in paragraphs 64 threw 281 were slander and defamation of character as they used video tapes audio tapes and fabricated storys to turn people in society against Laurence. Lawyers, marshals court clerks teachers out side workers Bill Begones went to civilians houses and used divide and conquer methods and false information to complete this task there actions were atrocious deliberate indifference with malice

FIFTH CAUSE OF ACTION

286) The action of defendant Bill Begones in paragraphs 64 threw 281 was cruel and unusual treatment and slander and defamation of character. Begones and officers used a camera in a cell and officers to methodicaly harass Laurence since 2003 by calling him a child molester pettifile ripper turning inmates against Laurence putting Laurence in fear of his life his sanity Laurence kept writeing Bill Begones and superiors and law enforcement for help. Begones would take the letters to society and use them to turn people against him

#108

SIXTH CAUSE OF ACTION

287) The ACTIONS OF Bill BeGones And Avelino DUArTe Secretely TAPeing LAUrence and Then Turning Those TAPes in To Transcripts and showing Them To people in Society in paragraphs 64 Threw 281 was A Violation OF LAUrences First Eighth and Fourteenth amendment There ACTions were Deliberate indifference with Reckless disregard And MALice

SEVENTH CAUSE OF ACTION

288) The ACTIONS OF Bill BeGones Avelino DUArTe, JAMes henry, Brouilette, Cheryl BAily, DONNA Gracie, and Danials in para Graphs 64 Threw 281 were cruel and unusual IN violATion OF LAUrences Eighth Amendment To Be Free From cruel And unusual TreaTment And Fourteenth Amendment To privAcy

EIGHTH CAUSE OF ACTION

289) Ther ACTions OF Avelino duArte and JAMes Henry, pAUl leduc, Donna Gracie in paragraphs 64 Threw 281 were cruel and unusual TreaTment There ACTions were with MAlice ATrocious inhuman And Sexual harassment

Ninth CAUSE OF ACTION

290) The ACTIONS of C/O DUARTE C/O henry C/O Leduc and LT. GALAGAN in paragraphs 64 Threw 281 were cruel AND UNUSUAL TREATMENT with Deliberate indifference

TENTH CAUSE OF ACTION

291) There are photographs AND video TAPES THAT depict LAURENCE nude These TAPES AND photos ARE Graphic OFFICERS and Bill BeGONES have used These TO harass humiliate degrade. EXTORT and BLACK MAIL LAURENCE Since the SUMMER OF 2003 CAUSEING LAURENCE STRESS. Depression. ANXIETY Loss OF sleep NIGHT MARES Embarrassment humi-liation. STIGMATIZATION. They have Been Sent TO Society IN VIOLATION OF LAURENCES Civil Rights And was SEXUAL HARRASSMENT AND cruel and unusual

eleventh CAUSE OF ACTION

292) DeFendants in PARAGraphs 64-281 Threw HAVE COMMITTED Slander and defaMATION OF character As LAURENCE is NOT A child Molester he has NOT And does NOT Molest kids children or BABYS and he does NOT MASTERbate TO children or photos OF Children. There ACTIONS Are cruel AND UNUSUAL with MALICE AND have

292) caused permanent stigmatization and have made plaintiff undesireable Bill Begones has Gone to plaintiffs old Friends Family Ex Girlfriend. causeing Life Long injury

Twelveth cause of Action

293) Defendant Bill Begones secretely Taped Recorded Laurence Talking to A prison psychologist For years and did This in violation of state and Federal Laws and shared These Tapes with officers And society with malice and cruel and unusual Treatment

Thirteenth cause of Action

294) Defendant Bill Begones Took video Tapes That depicted Laurence in his cell Masterbuteing and doing obscene things to him self and showed them to Audrey elman The prison psychologist and mental health and nurses and other people And Then had sex with some of These people he showed them photo Graphs as well as a Lawyer its inviolation of his First and Fourteenth amendment to privacy and cruel and unusual Treatment

FourTeenth CAuse OF Action

295) DeFendant Avelino duarte James henry Donna Gracie in paragraphs 64 threw 281 Sexualy Harassed and Tormented Laurence In violation OF his Civil Rights

FiFTeenth CAUSE OF ACTION

296) DeFendant c/o Danials harassed and Tormented Laurence it was Sexuale harassment and Torture in violation OF his Civil Rights

297) PlainTiFF Asks To Be awarded compensatory damages For every cause of Action

298) PlainTiFF Asks To Be Awarded punitive damages For every cause OF Action

299) plaintiFF Asks To Be Awarded compensatory damages From each DeFendant.

300) PlainTiFF Asks To Be Awarded punitive DAMAGES From each DeFendant

301) PlaintiFF Asks To Be Awarded $500.000 From the A.C.I For The Actions OF there employees

) PlAinTiFF Avers That C/o GAry Bouley and
302 C/o pAul Mariorenni have Terrorized him with A Camera For years and have sexualy harassed him with A Camera and MAke Front of his penis To The MAle Female Guards and nurses ect They MAke up STorys And C/o GAry Bouley Desicrates LAurence To Society There Actions Are deliberate indifferente with Malice pure eviL in violATion of All civil rights

) PlainTiFF Avers That C/o Edward Gannon
303 C/o WoJTanowsk C/o howArd C/o Brian dauray C/o ClAude Burdick have HArassed LAurence sexualy. MAke FronT of his penis To Male Female GuArds nurses Society There Actions Are deliberate indifferent inviolATeion of All his civil Rights

) PlainTiFF Avers That All High security
304 Guards, Superiors, nurses, STore workers, Maintance Men. clerks, counselors, ecT GAmble on norman LAurence They place BeTs on LAurence From A-Z

) PlainTiFF Avers The Commander of The
305 Scituate STATe police Mr eric croce Mr Michael Grant. and Bill BeGones and ACI defendants conspired To committ perJury and Fraud By Lieing under oath in interrogATories To conceal a CAuse of AcTion in violaTion of STATe and Federal LAws

LAST CAUSE OF ACTION

306) MR Eric croce Ashbel T. Wall II James weeden Jake Gadsden steven Reynolds walter whitman BARBARA Headen Arnold Anderson Carol Getter RoBert LANGlois Thomas dayl Michael Grant Bill Begones Joe Forgue Edward GAnnon Donna Gracie Jeffroy Broulett Tony Amaral Leisa Amy wood John Lopez steve Fennel ALBenzio Dimesia Lois ricci Audrey elman All did conspire To committ perJury and Fraud By conspireing To Lie under oath ABout The camera, photo Graphs, video TApes Audio TApes and Last But not Least GARY Bouley, There Actions were cruel and unusual Treatment The officers Talked and Talked And RuBBed it in not only That There was A camera Tapes photographs Audio Tapes But The FACT they were Lieing under oath

Plaintiff Requests A Jury Trial and That his pictures of him and his son Be Returned To him That Bill Begones stole. plaintiff Also Asks For costs of this Litigation cost of copys. postage Fileing Fees paper Envelopes STAmps

307
~~308~~

# INJunctive RELieF

[scribbled]) PlainTiFF ASKS This Honorable COurT TO issue a court order TO The ACI TO remove The camera From norman Laurences cell and any other cell he may Be in. the camera is used TO Video TAPE LAurence write. Laurence is watched Exercise, use The Bath room. EAT. The MOST up setting thing is its used TO watch Laurence mas-terbate and LAurence is the center OF A Gambling Enterprise. any little thing Lauren ce does in his cell its talked about. if he writes a letter TO A Judge, STATE police, Da attorney its Talked about, if he Gives details of a Murder. its Talked about LAurence has Been used For Betting as well as Experiments. Because Lauren ce Knows about Everyone cheating on there wives and prostitution. OFFicer Henry and others desicrate Laurences charac Ter. BecAuse LAurence Knows all The women JAMES Henry cheated on his wife with

Respect Fully
Norman Laurence
Norman Laurence
P.O. Box 8200
Cranston R.I.
02920
pro-se

~~123~~ 115

[scribbled]

# CerTiFiCATion

I will Serve All defendants with A copy of This Civil claim Thats ~~124~~ 116 pages Long on ________ And it was Mailed To ____________________

RespecT Fully
Norman Lawrence
2/13/07
sent To U.S. District court