AO 240 (1/94)

# United States District Court

DISTRICT OF

Norman Laurence
Plaintiff

V.

Defendant
Ashbel T Wall II ETAL

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CA 07 066

CASE NUMBER:

I, Norman Laurence declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?: ☑ Yes ☐ No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration HIGh Security cranston R.I. ACI

   Are you employed at the institution? NO Do you receive any payment from the institution? NO

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? ☐ Yes ☑ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   ~~August~~ July 23\2006 $23.00 JAMES Henry
   $30.00 A Month

3. In the past 12 twelve months have your received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
| e. | Gifts or inheritances | ☑ Yes | ~~No~~ |
| f. | Any other sources | ☑ Yes | ☐ No |

If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive. My MOM $10.00 SOMETIMES $20.00 MY Friend $10.00 MY AUNT $10.00 or $20.00 I GET Money AT XMAS ABOUT $80.00 see Ledger

# CERTIFICATE

I certify that the applicant named herein has the sum of ~~33.00~~ 35.47 on account to his or her credit at name of institution High Security

I further certify that the applicant has the following securities to his or her credit 100.00 Frozen

I further certify that during the past six months the applicants average balance was 30 dollars t.r.–

1/21/Feb07 [signature] ID 54798 2-17-09

DATE Signature of Authorized officer

I declare under penalty of perjury the above information and the application to proceed without prepayment of fees and affidavit is true and correct

2/12/07 Norman Lawrence Jr

DATE Signature of Applicant