UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF RHODE ISLAND

Norman Laurence JR

CA No-07-066 ML

V

Ashbel T WALL 11 ET.al

MOTION TO TRANSFER

Now comes the plaintiff in this above matter and moves this Honorable court to allow plaintiff to transfer his original law suit that he filed in providence superior court on March 6th 2004 and then amended November 30 2004, The plaintiff does not know if he can do this But he Believes The state civil claim Belongs

IN U.S. district court AFTer reading Lewis V casey cite as 116 S.CT 2174(1996) plaintiff Learned That Going BACK 50, 60, years INMATES won cases with out even so Much as a Law Book, I have no LAW. But its My oponion This state court suit should Be TransFered To This court, The Attorney Generals office has been OBSTRUC Ting My Access To courts and To due process MS Cindy Soccio uses The special investi gation unit To Monitor Me. They WATCH Me 24 Hrs A day They record what case I read, what I write and They Know even My Ideas That I Flush down The Toilet

IM not interested in the threats that I hear. IM not concerned with her plans of Revenge or there constant threats of dragging me threw mud. Been there done that, They EXTORTED me, Black Mailed me, threatend me, Fooled me, Tricked me, used me, desicrated me, all most mentaly destroyed me. This STATE LAW SUIT IS RUFF BUT ITS the corner stone the root OF All the Evil thats Been CAST upon me By MS Cindy Soccio threw her close association with Mr Bill BeGones. The providence Superior court has ignored this suit. My motions. My pain and SuFFering. There

Fore I Believe This Honorable Court May have Jurisdiction. ITS hard To Exhaust State remedys when The court house doors are closed. I Want To Transfer This civil claim To U.S. District court with out preJudice To any OF The issues That have all ready passed Behind The STATUTE OF LiMiTaTions. I heard That Honorable Judge Stephen Fortunato JR Confided To This Court about This camera. Two years AGO I Asked For an InJunction. The court Told me I needed To serve every one First, Then They would not hear The case. They Ms Soccio and The ACI GOT

CAUGHT COMMITTING Fraud and perJury They Tried To conceal several causes of ACTions, cameras, TApes, photoGraphs, and psychiaTrich Reports, They Keep refer ing me To mental health There Laughing in my Face. The mental health never come To see me. Ive read enough Federal LAW To Know Federal court dont Allow parties To do skits and condone lieing under oath, They watched me write The First draft. And now They Know That I Also heard Ms Soccio Tell The Judge if you reverse his case you will open us all up To LAW suits iT wont Look

Right. ITs To soon. I have all Most Ten years in oF hard Time Ive Been in segregation since May of 2004 They watch me every second, Bill Begones keeps Telling officers The STaTes Attorney said yous all Better geT a Bad Memory FAST. heads are gonna roll. And IF we have To open This up iT will cost Millions oF dollars. The worst That will happen is The court will Appoint A Lawyer To represent All The inmates, my Law Suit is ABout me and My pain and suFFering. The inmates contributed a LoT oF My Misery The only Thing I need is My right To due

process And access To courts In recent decades This court has repeatedly held That The convicted Felons loss of Liberty is not Total Turner v Safely 482 U.S. 78 107 SCT 2254, 2259 Cruz v Beto 405 U.S. 319 321, 92 SCT 1079, 1081 prison walls do not separate inmates From The protections of The constitution Turner 482 U.S. at 84 107 S.CT at 2259. Thornburgh v abbott 490 U.S. 401, 411 412 109 S.CT 1874, 1880-1881 and The Freedom To petition Their government For a redress of grievances Johnson v Avery 393 U.S 483 485, 89 S.CT 747, 748, 749 whereFore I pray This

Motion will Be Granted

Respectfully
Norman Laurence
Norman Laurence
P.O. Box 8200
Cranston RI
02920

Pro-se

3/8/07

Copy sent to Michael Grant