STATE OF RhodE ISLAND AND Providence Plantations
Providence Sc CIVIL

NORMan Laurence

CANO PC-03-6046

V

Adult Correctional institutions
MR A.T. WALL
ETAL

COMPLAINT

This is a civil Action Filed By Plaintiff Norman LAURENCE Pro-se For violateing his First Amendment Right To Bodily privacy, Slander Defamation of character. Reading his Legal work, Legal mail, Defendants watched and video Taped Plaintiff useing his Toilet Facilitys and Masterbateing and while doing Law work And shared This information with The public, Female employees, store oRder people, General public. correctional officers used a court ordered Psychiatric Report To harass and Torment and humiliate PlainTiff while he ATe For Three years. Defendants used a listening device To Listen To plaintiff Talk To A prison psychologist And used This information as a means To harass and Torment and To

humiliate plantiff while he ate. The special investigation unit SIU showed a prison psychologist and femal officers videotapes of plaintiff masterbateing and useing his toilet facilitys, in violation of his right to bodily privacy as well as his first fouth fifth eight and fourteenth amendments. Defendant John and or Jane doe turned video tapes in to photographs and sent photographs to plaintiffs ex girl friend in violation of his right to bodily privacy as well as all other constitutional rights, defendants sent a photograph of plaintiff to the internet depicting him sitting on the toilet. Defendants owed a duty to plaintiff to exercise reasonable care to prevent the theft and or unauthorized of videotapes depicting plaintiff Laurence in his cell. Defendants violated plaintiffs first fourth fifth eighth and fourteenth amendment by video tapeing plaintiff naked doing indecent things in his cell. Defendant MR A.T. Wall breached his duty to properly train and supervise its employees, defendants were negligent reckless, and or malicious in the behavior pertaining to Laurence defendants violated Laurence's fifth and fourteenth amendment

To due process By Reading him a booking For attempting to excite a disturbance and then changing the Booking to Exciteing a disturbance and sentenceing him to Fifteen days punitive segregation and loss of his television with out Reading him the Booking or Giveing him proper notice, Plaintiff was twice Diagnosed Delusional By a Social worker. For saying he had a camera in his Light. This was malpractice and or cruel and unusual punishment, All Actions were cruel and unusual punishment. Plaintiff is still Being watched By A video monitor while useing the toilet and master bateing. This serves no penological interest. Plaintiff Is Being Denied the Basic Fundamentals of Life, plaintiff has to use the toilet Facilitys knowing hes Being watched. Hes often unable to use his toilet Facilitys which is cruel and unusual punishment, And A violation of Plaintiffs Constitutional Rights. Defendant MR A.T. Wall owed a duty to Laurence to Exercise Reasonable care, He breached that duty Defendants Actions caused mental Anguish, pain, suffering, humiliation stigmatization extreme emotional distress. It was astrocious Intolerable. And he is denied protective custody which is discrimination.

Jurisdiction

1) This instant civil Action is Being Filed Pursuant to section 9-1-2 9-1-14 9-1-28-1 9-1-30 9-1-28 9-1-20 9-1-41 9-1-28-1

2) This instant civil Action is Being Filed As a Personal InJury Eighth Amendment and any other action this court May entertain and Malpractice

3) Plaintiff Norman Laurence is a inmate At The ACI High security center P.O. Box 8200 Cranston R.I. 02920.

4) Defendant Adult correctional Institutions is Being Sued officialy and individualy

5) Defendant MR A.T. wall is Being sued officialy and individualy

6) Defendant MR Gadsen is Being sued officialy and individualy

7) Defendant James weeden is Being sued officialy and individualy

8) Defendant Deputy Reynolds is Being sued officialy and individualy

9) Defendant Captain Anderson is Being sued officialy and individualy

10) Defendant Captain Headen is Being sued officialy and individualy

3 11) Defendant L.T. Carol Getter is Being sued officialy and individualy

4 12) Defendant L.T. Doyle is Being sued officialy and individualy

13) Defendant L.T. LawGlois is Being sued officialy and individualy

5 14) Defendant L.T. Yakee is Being sued officialy and individualy

15) Defendant Mr Lopez is Being sued officialy and individualy

16) Defendant Billy Bagonas is Being sued officialy and individualy

17) Defendant Joe Forgue is Being sued officialy and individualy

18) Defendant Kim Mallet is Being sued officialy and individualy

6 19) Defendant officer Simpson is Being sued officialy and individualy

20) Defendant Sociologist Cris is Being sued officialy and individualy

7 21) Defendant Cheryl Bailey is Being sued officialy and individualy

8 22) Defendant officer Manning is Being sued officialy and individualy

9 23) DeFendant officer Fennel is Being sued officialy and individualy

24) DeFendant officer Trinidad is Being sued officialy and individualy

10 25) DeFendant officer Volonte is Being sued officialy and individualy

26) DeFendant Louie Richie is Being sued officialy and individualy

11 27) DeFendant officer Dimessa is Being sued officialy and individualy

28) DeFendant officer Browilett is Being sued officialy and individualy

29) (Audry elman) DeFendant ~~John Doe~~ Audrey elman [illegible] is Being sued officialy and individualy

30) DeFendant officer Bl[illegible]ne is Being sued officialy and individualy

31) DeFendant officer Bur[illegible]ick is Being sued in his official capacity and individualy

32) DeFendant officer Ren[illegible]haw is Being sued in his official capacity and Individualy

12 33) DeFendant officer Belisle is Being sued officialy and individualy

13 34) DeFendant officer DauRay is Being sued officialy and individualy

35) Defendant officer Mario is Being sued officialy and individualy

20 36) Defendant officer Tyler is Being sued officialy and individualy

37) Defendant officer Gilbault is Being sued officialy and individualy

38) Defendant officer Smoot is Being sued officialy and individualy

14 39) Defendant officer Douglas is Being sued officialy and individualy

15 40) Defendant officer North is Being sued officialy and individualy

16 41) Defendant officer Pierce is Being sued officialy and individualy

42) Defendant officer Pagata is Being sued officialy and individualy

43) Defendant officer Calise is Being sued officialy and individualy

44) Defendant officer Torez is Being sued officialy and individualy

45) Defendant officer oliver is Being sued officialy and individualy

46) Defendant officer HAbishaw is Being sued officialy and individualy

47) Defendant officer Barela is Being sued officialy and individualy

48) Defendant officer Mangum is Being Sued officialy and individualy

49) Defendant officer Gannon is Being Sued officialy and individualy

50) Defendant Tony amaral is Being sued officialy and individualy

51) Defendant officer Zannitti is Being Sued officialy and individualy

17 52) Defendant officer wood is Being Sued officialy and individualy

53) Defendant officer Gracie is being sued officialy and idividualy

18 54) Defendant officer Bouley is Being Sued officialy and individualy

19 55) Defendant officer Mcnulty is Being sued officialy and individualy

56) Defendant officer Rossi is Being sued officialy and individualy

57) Defendant officer Ladue is Being sued officialy and individualy

58) Defendant John Does are Being sued in There official and individual capacity

59) Defendant Jane Does are Being sued in There official and individual capacity
Defendant MR warden whitman is Being sued officialy and individualy

# FACTUAL ALLegations

60) On or near September 2002 MR oliver and MR Manning Told Laurence To step out of his cell and go stand over There or have a seat. MR Manning while searching Laurence's cell opened a yellow Legal envelope That was addressed To an attorney

61) From January of 2002 Threw July of 2003 Laurence was harrased and Tormented By MR Manning MR Dimessa MR Simpson MR Trinadad MR Burdick MR Fennel MR oliver, MR Torez, officer warden, MR Gannon MR Brouilette, MR spadoni, MR MR Renshaw MR Belisle, MR DouGlas MRS Mangum, MR Rossi, L.T. Getter and

62) John Doe officers who used a court ordered psychiatrich Report against Laurence as means To Berate and humiliate and Harass him, By discussing his psychiatrich report During Feedings Refering To him as a child molester, Acuseing him of molesting children, Laughing About The FACT That he was molested as a child

63) From The spring of 2003 Threw To June of 2004 Defendants would openly discuss plaintiffs conversations That

63) he had with a prison psychologist and would use This information as a way To humiliate, Berate and harass him while he ate in The Dineing room in B and C module.

64) From June of 2003 Threw July 2003 while in B Module Laurence heard Defendants discussing what he did in his cell such as useing his Toilet Facilitys and master bateing, They Talked about letters he wrote To The attorney Generals office and letters he wrote his attorney as well as Letters he Tore up and Flushed down The Toilet. And would make allegations That Laurence was in his cell Masterbateing To children

65) One morning in July of 2003 while eating BreakFast Laurence heard L.T. Doyle MR Renshaw, MR Blane, MR Trinidad and MR Berdick Talking about a Letter Laurence wrote in his cell informing on inmates, L.T. Doyle was Recieveing This information From his kenwood Radio

66) On 7/11/03 while Laurence ATE in B Module Dineing Room MR Manning spoke very loudly To MR Torez ABOUT

66) what Laurence Told his psychologist. He said Laurence Told his psychologist he wishes Somebody would call him a child molester To his Face, WATCH OUT what you wish For MR Manning Shouted, MR Manning Then said you should of seen him Today in his cell pulling nose hairs danceing like a Fag and eating Swiss Rolls. SAid That Laurence Fucked a Kid, his Step Brother and discussed Laurences psychiatrich Report That he Recieved From MR Dimessa

67) June OF 2003 MR Trinadad Shouted in LAurence's Direction and STATed you want To RAT on cops ha and SAid They were gonna Take LAurence's Television and Spoke OF The Conversation LAurence had with The psychologist

68) June July OF 2003 MR Simpson MAde COMMENTS TO MR WArden MR Henry and I Think MR Howard about laurences DAD Being gutted Like A Thanks giveing Turkey, Discussed Laurences Childhood, psychiatrich Report and MAde COMMENTS ABOUT LAurence's son haveing Aids as well as EX GirlFriend.

69) The month of June 2004 in to July 2004 Laurence only averaged a couple hrs a sleep a night. At meal time officers were talking about things that Laurence did in his cell. The only way they could know is either they were in the cell or they were watching. Laurence was trying to figure out if it was real or imagined, or was there a hidden camera. Officers were talking about plaintiffs son being sick with aids and kept saying his Ex Girlfriend had aids, or that his son was dead and he wasent suppose to know, Mr Brouilett said that Laurence had aids that he had the look of a deer caught in the head lights. hearing all this caused laurence to get very little sleep. wondering if he was delusional or was this all real, every time he wrote a letter. The officers would talk about the contents in the dineing room finaly Laurence suffered a nervous break down and was moved to C module

70) On 7/14/03 B module Dineing Room During Breakfast Feeding MR Dimessa while Talking TO MR Trinadad said he heard That MR manning called Laurence a child Molester and he didnt do anything about it. MR Dimessa Told MR Trinadad That Laurence passed around his own psychiatrich Report. MR Trinadad said no The STATE said he never had it. MR dimessa said I heard Laurence Ratted on Ricky Silva wait Till I Tell him. all The good Things he use TO say about him. I heard he was in his cell This morning soaking his Hemeroids

71) On 7/14/03 and 7/15/03 while in C module Dineing room MR manning Told an officer and MR Trinadad about how Billy leT him Listen TO A TAPE recording OF Laurence Talking TO The prison psychologist Telling her how he was molested AS A child, MR manning Laughed AS he Told The story he Thought Laurence crying on TAPE was hilarious. He Then spoke OF how Laurence was in his cell masterbateing Behind a sheet

72) The month of July and August and Sept, 2003 MR Spadoni would talk about Laurence while he ate. and say Laurence stuck his finger in ass this morning and point to Laurence's hand saying thats the hand he used, said he tells his wife all about what Laurence does in his cell and that his wife even heard about Laurence at work

73) On 9/8/03 while Laurence was eating in C module dineing room, MR Manning told officers how SIU and the police were down stairs reading a letter Laurence wrote to his son, word for word.

74) On 9/15/03 while Laurence was eating in C module dineing room MR Douglas was talking about a letter Laurence wrote to his son

On 9/16/03 while in the Library Laurence felt as though MR Oliver MR Manning and MR Brouilett were trying to in-timate him in to not saying any thing about the Craig Price incident which prompted Laurence to write the attorney Generals office

75) On 9/17/03 705 AM C module Dineing Room Laurence placed a letter in the mailing Box and then sat down to

75 eat, while eating he heard MR oliver Talk in detail about The letter he JUST put in The Box MR oliver WAS calling LAurence a RAT And a diddler. He TAlked in detail about his psychiatrich Report, and Said The Kids still in shock, Said its The STATES Report Ill TAlK ABOUT IT all I WANT. SAid he went To The police and wrote A Report ABout LAurence putting a body in a Trunk

76 On 9/18/03 AFTer LAurence Spoke To MR Dimessa in The Dineing room he asked MR Fennel To write a Report, MR Fennel Said you want Me To SAy he ConFessed I write Them all The Time, MR Dimessa and MR Fennel had words over The Report That MR Fennel wrote

77 On 9/19/03 while in c module DAY Room Jane doe store order women GAve LAurence a Small Bag MR oliver said why did you Give him a Small Bag and she Replied your The one who said he Likes Little ones. she made comments ABout LAurence Being a child Molester and MR zannitti SAid This Guy is Getting out some day

78 Sept 2003 MR Spadoni MR Volonte MR Douglas and John does were saying That a women with Blond hair watch laurence masterbate For 33 minutes and debated that Laurence's penis was Between 4 and 9 inches long. MR spadoni said he seen a Freeze Framed picture of his penis and was adamant that laurences penis was only 4 inches long.

79) Sept October 2003 while laurence ate MR spadoni and MR doublas would argue about The size of Laurences penis and would Discuss how MR Laurence Masterbates and how many Times, MR spadoni would Talk About how Laurence's DAD died a slow death

80) LATE september early october 2003 Laurence heard MR spadoni Tell MR north how some one Took a video, Turned it into Freeze Framed shots placed them in a paper and envelope and mailed 9 photographs or 10. and one was in a SAFE deposit Box. He also heard 4

on 9/26/03 MR Fennel was mad That he got caught Lieing on his Report

80) Awd Harassed Laurence while he ate Banging leg shackles against his leg, said like mother like son. said Laurence's mom was giveing blow jobs out in the parking lot said his father died a slow death said he wanted to make laurence mad so he would write a letter. I want to know what hes got on me he replied Im not going down alone, I should sucker shot him hes a little rat mr Fennel replied, He asked mr Volonte if he would corroberate what Laurences psychiatrich report said, he wanted to put it in the paper mr Fennel said Ill call him a diddler to his face. If I ever see him on the street Laurence said I wish you would. Mr Fennel said is that a threat. Mr Doublas aid no what he means is if you say it out there he can sue you! June of 2003 Laurence heard mr Fennel say a women got money and there was no denieing that the pictures were in his cell, or of him in his cell, He said no names

81) on or near 10/1/03 mr Laurence heard mr Volonte and mr Dimessa talking about how Laurence stole a picture from a peoples magazine and used it to masterbate in his cell

82)On 10/2/03 MR VOLONTE Told A MS wood That MR LAUrence RAN OUT OF Toilet paper early That Morning and used his Fingers To wipe his ass. He instructed her To WATch MR Laurence closely As he Might Try To Steal a roll of Toilet paper. AT Lunch MR VOLONTE ASKed MS wood IF he WAS Right, she said he asked me if he could GeT a Roll OF Toilet paper and I SAid yes! MR VOLONTE said you what? your not suppose To do That Hes allowed one Roll IM Telling IM Telling on Doublas To For Giveing The Joint away

83)On 10/9/03 while LAUrence WAS WALKing To chow MR VOLONTE WAS Looking AT LAUrence's Buttocks, He SAid looks can Be deceiving, when LAUrence Turned To Look MR VOLONTES Face GoT Red He Told MS Grace. iF There gunna pay out all The Money I WANT TO see The photoGraphs and TApes MS Grace SAid why would you want To see A Guy Jerking OFF, MATTer aFact why are They out There WATching All I hear is people MAKeing Bets whether or not he Jerks OFF

84/ on or near 10/12/03 MR Volonte Talked about Laurence Master Bateing in his cell Made comments about Baby arms and how Laurence eats in his cell and spoke of a Letter Laurence mailed to his attorney

85/ on or near 10/ /03 while eating in C module Dineing Room Laurence heard MR Douglas questioning Ms wood and she explained how she observed Laurence on a Video Monitor and how he was in his cell naked

86/ on or near 10/24/03 and other dates MR Fennel Told officers How Audrey elman Told the state police That Laurence had Bodys Buried

87/ MR Manning has said on different Dates That SIU has Tapes of Laurence Talking to Audrey elman and Billy let him listen to Them

88/ on 1/19/04 MR Douglas was Talking to MR pierce about Laurence psychiatrich Report and said Laurences exGirlFriend had aids

89/ On 1/22/04 Ms Grace and MR Rossi was Talking in detail about Laurence psychiatrich Report and said Laurence gave his exGirl Aids MR Rossi said he was Laughing cause Laurence diddled a Kid

90 on 1/23/04 MR manning opened a yellow Legal envelope addressed to a attorney

90) and was Given permission By L.T. Getter.

91) on or near 1/25/04 while Laurence was eating in C Module Dineing room MR Douglas Talked about how Laurence masterbated The night Before, calling it A curtain call

92) During the months of August sept, oct Nov December of 2003 Threw June 2004 MR Douglas, spadoni volonte, pierce, worth and other officers at different times Talked about what A camera seen Laurence doing in his cell.

93) From June 2003 Threw June 2004 MR Bouley and MR Mcnulty and MR Dauray told MR Douglas, volonte, spadoni worth, pierce and John and Jane does what they seen Laurence doing on the video monitor while in his cell.

94) on or near 1/12/04 while Laurence ate in C module MR Belisle Talked about Laurence calling him a child molester and thrusting his crotch Towards Laurence's Face in A sexualy offensive manner. and said he Read Laurence's psychiatrich Report. MR Belisle grabbed his crotch and little penis shakeing it at Laurences Direction