95) On or near 1/12/04 while eating Lunch laurence heard officers Talk About his psychiatrich Report. details about his child hood, said SIU erased Tape recordings and Talked about how SIU Read a Letter Laurence wrote an attorney About a 1981 Murder

96) On 1/29/04 while Laurence Ate officers debated whether or not Laurence had a oral complex

97) On or near 1/31/04 Ms Gracie Talked To MR Smoot About a Guy out Front watching Laurence Masterbateing

98) On or near 2/2/04 MR doublas was Ranting how The guy out Front Told him Laurence was in his cell Giveing doublas dirty looks. MR doublas spoke At different Times of how Laurences GirlFriend had The other half of what he needs

99) On 2/25/04 while eating Lunch in C module I heard MR Douglas Talking To other officers about a letter I wrote To Deputy Reynolds That was sealed and Sitting on my TV I wrote iT at 530 AM and sealed iT, MR Douglas Knew The contents word For word and Got This information From The main control center.

100) On 2/25/04 I mailed a civil complaint To providence superior court MR volonte Knew The contents Talked about a camera in my cell

100 and said wait till I find out I've Been carrying around the camera in my TV.

101 On or near 2/25/04 MR Volante said Laurence cant sue its Trade secrets we watch him shit to see if he has a cuff key up his ass. MR Volante would call Laurence a child molester and make Jokes with other officers about how Laurence eats his Food Allways Talking about hot dogs and sausages

102 On or near 2/27/04 while Laurence ate MR Douglas Talked about a letter That laurence Mailed to The attorney Generals office in detail, called his Ex Girl Friend The Silver pig

103 On or near 2/26/04 MR volante called SIU and made a complaint That Laurence exposed him self to Ms wood By showing his penis. Both Female officers contradicted MR Volonte

104 On or near 2/28/04 MR Torez and MR north debated in The dineing room whether or not Laurence had a complex eating hot dogs causeing other inmates to harass Laurence while he ate. Inmates were saying Laurences child was dead and That his sister had Aids

105 On or near 3/24/04 MR volante stated to MR Dimessa why does Laurence want to

105 Know if you have The Block so he can steer at your prick allday. Then while Laurence Ate MR Volante said Laurence was in his cell eating with his Left hand The night before and That They can use it against him at a civil hearing

106 on or near 3/3/04 while laurence Ate MR Volante said to MR North if he can eat a hamburger Like That how come he Cant eat a hot dog like That, MR North said he does it with hot pockets, puts Them straight in

107 on or near 3/15/04 MR Volante and MR North were cracking Jokes in Front of inmates while MR Volante steered at laurence's Mouth causeing inmates To Laugh

108 on or near 3/16/04 MR Volante and MR North were cracking Jokes saying how come his Face is so red while hes eating MR Volante said it was Guilt From Sucking dicks said it was To Late For laurence To sue MR North said laurence likes wide ones and hot pockets and hamburgers

109 On or near 3/20/04 MR Douglas steered at Laurence's Mouth and said how come he dont eat hot dogs The way every one else does and Talked About laurence Being constapated and masterbateing and

109 how They had it all on Tape

110 On or near 3/22/04 MR Volonte was Talking about a incident Report That laurence wrote in his cell Saying he wasent Gonna eat meat any more Because of The harassement and Made Jokes about The Guy out Front watching Laurence on A video monitor and said Laurence sucks a dick

111 On or near 3/9/04 while laurence asked MR Brouilett if he could Get something notorized MR Brouilett asked Laurence if he had a dildoe in his Folder. he said every one seen laurence in his cell playing with A dildoe he was yelling this in the hallway That They had it on Tape. he Later wrote a report saying laurences Face was Red

112 On or near 3/23/04 MR Volonte spoke of a Report That Laurence wrote in his cell about a LT. PATNUed and his Brother, he said I should change my seat. said I had a complex and I suck Dick.

113 On or near 3/6/04 inmate John norman Tried To attack Laurence Following him To his cell standing in side Laurences door way calling him pettiFile names MR Torez who Told inmates Laurence likes little ones had To physicaly Remove norman From laurences cell

114 On or near march 6 04 while walking Threw G corridor MR Torez said MR laurence likes To suck little dicks and its To late To sue He all Ready mailed it and he missed The STATUE OF limitations

115 On or near 3/16/04 MR Volante was Talking how a nurse over max stuck laurence with a dirty needle and said AT least That kid sneezing on his Thumb Takes her OFF The hook AFTER learning That AiR Kills The virus he said well his exgirl could of Gave it To him

116 On or near march 6/04 I had a letter in my cell That I had Just wrote and while in The Gym MR Belisle came in makeing threatening statements about Laurence writeing A letter in his cell saying ILL go down There and punch him in The mouth I dont care who he knows MR Renshaw said he wasent Talking ABOUT her he was talking about The other women

117 March OF 2004 MR Pierce, North, DouGlas Volante were makeing Jokes ABOUT laurence and his psychiatric Report so Laurence went in his cell and wrote a skit about MR Pierce haveing sex with a hoarse The Guy watching MR laurence on the

117 Video Monitor Told MR Pierce what laurence said MR Pierce came To work with his Face and head Bright red GOT in Trouble For makeing Threats.

118 On OR near 3/17/04 lAurence wroTe a letter in his cell in view of his light A half hour later LAurence went To eat and he left The letter on his Bed saying That L.T. Getter said MR north only has 3 1/2 inches OR 3 inches, MR north Told MR Smoot hes hung Like A hoarse and his wife will corroberate iT.

119 on or near 3/17/04 MR Spadoni MAde Remarks ABouT MR north Being hung like a hoarse and Back dated reports

120 On or near 3/12/04 while passing out Food Trays MR spadoni and MR VolontE MAde pettiFile Jokes and Directed Them AT LAurence, MR Spadoni LefT his post.

121 On or near 3/4/04 MR Brouilett and Tony amaral were makeing pettiFile Jokes about Laurence in G corridor

122 On or near 3/13/04 MR north Told MS wood That Laurence's Face was Red From eating hotdogs MS wood said its Red From running

123
on 3/23/04 Laurence wrote a letter To Deputy Reynolds complaining about The camera in his cell, on The 3-11 shift Laurence was Given a direct order By MR Dauray and MR Mario To go To The hospital To see a psychologist per order of captain anderson.

124
on 3/23/04 while at The hospital Laurence was surrounded By MR pacella my Tyler MR Mario Nurse cheryl Bailey captain Headen MR Dauray and a social worker named cris who Told Laurence he was Delusional For Believeing There was a camera in his cell

125
on 3/23/04 while Being Forced To sit with a social worker, cris Tried To Get me To see a psychiatrist and To Take psychotic medication L.T. Doyle and MR mcdaniels stood in The hallway

126
on 3/23/04 Laurence Returned To his cell and while eating he dropped his draws and ate LeFT handed,

127
on 3/24/04 while Laurence ate in The c module dineing room He heard MR Volonte Tell MR douglas That Laurence was seen eating with his LeFT hand. MR Douglas said yA But They cant use what he sees Laurence doing in his cell MR Volonte said he worked over Time and seen Laurence Drinking A milk LeFT handed

127 while in the hallway AT supper Time. MR volonTE SAid he thinks hes slick wait Till he Finds out They can use iT AGAINST him

128 During The months oF January FeBuary march April. MR DouGlas MR north MR pierce and MR volonTE and ms wood and ms Grace mAde Remarks about what LAurence was seen doing on The video monitor And made comments ABouT how LAurence ATe his Food

129 on or near 3/31/04 MR Tierny and MR Addison Brought inmaTe John norman in To c mod For a shower John norman yelled pettiFile OBScenitys AT LAurence while MR Tierny and MR addison LAughed John norman Told Billy Bagonas That he heard oFFicers calling LAurence A diddler

130 on or near 4/1/04 while LAurence was eating MR DouGlas sTeered aT him in a Threatening manner, and Told MR pierce I JusT want To go over There and Tell him hes a diddler To his Face Tell him his Sons Dead. He SAid my EX GirlFriend had AidS And shes The silver pib

131 During The month oF April MR DouGlas TormenTed LAurence By Talking about Laurences child hood And FAmily and would Talk about LAurence mASTerbaTeing and useing his ToileT Facilitys every dAy Twice

132
On or near 4/4/04 while eating pizza AT lunch MR Blane Told MR Bolockwa That laurence Took a shit and didnt wash his hands and got all quiet how The Guy OUT Front WATched him on The monitor

133
On or near 4/3/04 GARY Silva Told Inmates you see how MR Douglas is WATching him he does That every SATurday To see if his Face gets red while eating hot dogs WATch Tomorrow when he eats sausages.

134
On or near 4/3/04 MR Douglas wispered in back of Laurence That he was gonna get Laurence and pona For Talking about his wife out side and For Laurence writeing Jokes about his wife in his cell. LATer That day MR Douglas Took a Temper Tantrum and left work early

135
On or near 4/7/04 MR Douglas steered at Laurences Face and openly debated on whether or not he had a oral complex and Repeated what The Guy OUT Front SAid Laurence was doing in his cell

136
On oR near 4/26/04 MR Fennel was Talking To MR Bolockwa about The interrogatories Laurence wrote in his cell, And was and was Directing him on what quest-ions To say yes To

137
on or near 4/16/04 I mailed out interrogatories to MR Grant By 830 AM I heard the details Being discussed. By officers who learned the details From SIU opening up MR Grants Mail

138
on or near 4/29/04 MR Dimessa and MR oliver was Talking ABout Laurences psychiatrich Report. MR dimessa said he Felt Like a piece of shit passing it around they TAlked ABout what Laurence was seen doing in his cell on the monitor and said laurence Jerked off and Gave west a B+

139
on or near 4/29/04 MR oliver said he wanted to spit in Laurences Face Because he was seen writeing Letters about some ones mother on the video monitor and then Flushed it, MR Dimessa said you should of seen the shit Burdick said about his Father

140
On 4/30/04 MR Blane Told MR Douglas that he was not Talking to Laurence Because of what he wrote about Burdicks mother

141
on 4/22/04 MR Douglas Told officers that MR Dimessa told MR Grant he pleads the 5th cause he stole Laurences psychiatrich Report From his Father in Law

142 On or near 4/27/04 MR Volonte Told MR Sousa That Laurence's Face was all Red cause he was embarrassed and made sexual harassing comments, And he allways says its A nuisiance suit The state will pick up The Tab

143 On or near 5/1/04 MR Douglas Said MR Dimessa arranged and alibi with his Brother in Law. They do it all The Time This was due To The Fact MR Dimissa had a Fling with a Female officer

144 On or near 5/5/04 MR Volonte said They had * Laurence on camera doing inapropriate Things with a childs picture while in his cell he also commented on BoB Manns address Being on his Bed

145 On or near 5/5/04 while Laurence Ate BreakFast he oBserved MR Gilbault pick up Mail and go in The Bathroom To wash his hands he had in his possession 3 letters Addressed To Deputy Reynolds, Simultaneously MR Volonte was Talking ABout The Details in The letters said I wanted P.C. MR Volonte said That MR Gilbault used Gloves cause The previous evening Laurence stuck his Finger in his ass and Then Touched The Mail

For The months of Febuary march and April and The begining of may Breakfast and Lunch MR Douglas would Talk About what Laurence was seen doing in his cell By The video monitor. he would Talk About whether or not Laurence had a Bowel movement. How many HRS sleep he had How many Times he urinated, He would Talk About The Size of Laurences Feces whether or not it was small or Big. He would Talk About whether or not Laurence master bated. Getting all this information From MR Dauray MR Bouley and MR McNulty. After Laurence would write a letter complain-ing MR Douglas would say That How he got credit For something Laurence wrote in The letter. He said Joe Forgue calls him putting his Jelly on cracker cum Drops, says he loves them. He would say Joe Forgue wanted him To watch me eat To see if I had a complex he would make it very obvious he was watching me To. He enjoyed what he was doing

147 on or near 5/6/04 while Laurence ATE BreakFast MR Douglas was Talking To MR pierce about Laurences mail That hadnt Been picked up yet he Knew what The letters said, MR Douglas Tried To Get MR pierce To change his STory about seeing MR Billy Bagonas TAkeing out Boxes of Tapes Depicting Laurence in his cell, useing The Toilet and Mas-terbateing. Douglas Told MR pierce he was gonna change his answeres, MR pierce said you cant do That MR douglas said oh yes I can I have attorney client privalege IM gonna Lie My Ass off Just Like he wrote in his calenda about me, I dont care maincontrol is Trade secrets

148 on or near 5/6/04 MR Volonte was Talking about how Laurence was comfortable in his cell Takeing A shit.

149 on or near 5/7/04 MR Gilbault came and picked up mail. while MR Gilbault was in The control center MR Douglas MR pierce and MR north TAlked in detail ABout The letter Laurence had Just mailed. in The letter They said I wrote I heard information From every one except Mcdaniels and Dennis MR Sousa said and me Ive never said nothing To him

150 On or near 5/9/04 MR Douglas said that MR oliver Ratted out MS Gracie For letting Laurence sing to her, he said I had to pull her out the Back door, Laurence was singing to me to. That evening Laurence wrote some Jokes about MR oliver in his cell

151 On 5/10/04 while MR oliver escorted Laurence to recreation he steered at him in a threatening manner and continued to steer at Laurence while he was out side He then cut the Recreation 15 Minutes early on the way Back he started a Fight with Victor pona He punched this inmate with George Foreman punches and Kicked him up side his head a Few times not hard. MR oliver was IRRATE over the Jokes Laurence was seen writeing on the video monitor

152 while Laurence watched this inmate get attacked He said yous are witnesses MR HABishaw yelled For Laurence to shut his Fuckin mouth He then Grabbed his penis and told Laurence to suck his dick and called Laurence a diddler while shakeing his Fist in a threatening manner towards Laurence

153 During The Months of January Febuary March and april 2004 Laurence heard MR Douglas say That SIU showed Audrey elman a female psychologist Video Tapes of Norman Laurence masterbateing and That she Thought IT was normal he also commented on Ms woods watching Video Tapes That Depicted Laurence in his cell naked

154 During The Months of March April and may MR Volonte worth pierce and Douglas would have conversations ABOUT Laurence's psychiatrich Report and would Debate whether Laurence was Fucked in his ASS or sucked A Dick Allways compareing The Food he ate To penises Refering To hot pockets as wide ones MR Volonte called French Fries little ones And said he has no problem sticking Little ones straight in his mouth MR pierce said ouch as Laurence Bit in To his Food

155 while Laurence would eat MR Douglas would say how come he can stick That straight in But not A hot Dog or say Laurence Touched his sausages with his soft hand His Face is Red Every Time Laurence ATE During JAN Threw MAY MR Douglas was Like A commentator

156 MR north DouGlas pierce and volonTE would Talk ABouT LAurences childhood Every day or whether or not his Face was Red, OR whether or not he had a complex This went on From January Threw MAY OF 2004 MR DouGlas would TAKe Turns playing Good Cop Badcop Driving LAurence NuTS and would say he Better Right me a good Report

157 The winTER OF 2004 GAry SilvA STarTed Takeing interest in everyThing Laurence ate he would copy MR DouGlas And Debate whether or not LAurences FACe got Red while eating hot pockets HOT doGS or Sausages

158 On 5/11/04 while MRS Pearlene ManGum passed out Food Trays on The 3-11 ShiFT SAid LAurence had Blood on his underware MAde References about LAurence's InTerrogaTories. SAid She Believed LAurence was A diddler SAid he belongs in P.C. Manning SAid LAurence had Blood From a cuT on his Leg MRS Mangum OBTained This InFormaTion From The main control center

159 on 5/12/04 LAurence heard MR pierce Tell MR DiMessa That LAurence wroTe a Letter calling wood A princess

159 And That he did Three sets OF 75 push ups in his cell

160 On 5/13/04 Laurence was escorted To The Discipline Board By MR Dimessa. and while AT The Board MR Dimessa entered The Room and called Laurence a Liar. L.T. Yakee Read a Booking That was different Then The Booking That L.T. Doyle Read. and Told Laurence he was AT The Board For Ratting and That he should of kept his Mouth shut.

161 On 5/13/04 while at The board MR Brouilett was calling Laurence ABnormal or Normal Laurence he Trys To Make Laurence Think hes delusional

162 On 5/13/04 while out in The hallway MR Dimessa and MR Zannitti Tried To con vince Laurence That hes nuts And That Theres no camera in his cell MR Zan-nitti Said I wouldnt Lie To you how Long have I known you, Laurence was Then Given 15 Days For Ratting on MR Oliver.

163 On 5/4/04 while AT The Library MR Brouilett hid Laurence's Folder in his desk and Tried To Convince Laurence That he LeFT iT in The Library.

164 MR Brouilett Allways plays mind Games knowing that Laurence suffers from mental illness and that he was hospitalized

165 over the weekend of 5/15/04 5/16/04 MR Douglas said that L.T. Getter tore up the Booking that was Read to Laurence and wrote a New Booking. Laurence was Read a Booking for Attempting to excite a disturbance, at the discipline Board the Booking was written and said did excite a disturbance Laurence also heard this from Deputy Reynolds

166 over the weekend of 5/15 / 5/16/04 MR douglas said he went home Friday cause Deputy Reynolds told him what Laurence wrote in his cell

167 on 5/17/04 Douglas searched Laurences cell for a half hR while Laurence was locked in the shower he took Laurences superior court Rule Book He threatend Laurence all day. told officers he spit on my tooth Brush he told officers he pissed in my Bowl

168 on several occasions MR Brouilett has made comments about photographs and dildoes and said Grant has pictures

168 and hes not affraid to use them

169 while in C module volonte and douglas would Run around saying that Detective Aruj̈o showed volonte a dry diaper and that it was evidence said he had Freedom of speech, he was mad that I wrote a skit in my cell He said I said his wife slept with the Garbage man Milk man mail man and the paper Boy

170 on 6/15/04 Laurence was sick in his cell on the 3-11 shift and used the Bathroom several times. on 6/16/04 MR Douglas and MR pierce were talking about how the guy out Front watching me and how it was the First time he Felt Bad For me, MR Douglas said it was probably all an act to Get us talking MR pierce said he was Realy sick he seen the Darkness on the toilet paper

171 on or near 6/28/04 MR volonte was Repeating details From my personal letters that I sent out he said Billy Bagonases Face got all Red while Reading my mail