172 On or near 6/22/04 Laurence Left his partial plate in his denture cup while he went to recreation. MR Douglas Bragged to officers that he pissed in Laurences Denture cup and said MR Bouley observed Laurence go in his cell and put the partial plate in to his Mouth piss and all

173 On or near June 28/04 while Douglas was inventorying Laurences property he asked him if he had dentures and laughed He Later asked Habishaw if he seen him make Laurence Drag his Bags and said his wife was Gonna get on her knees and Blow him For Being mean to Laurence

174 On or near July /04 while out side MR Rossi told MR Smoot that the First time I masterbated in my cell down here in F Block That I Fooled him Because I did it under My Blanket. MR Rossi said at least he's not doing the stuff he was doing Before MR Rossi cracked Jokes about Best western and Kept Looking at My crotch area

175 The month of August C.O. Duarte C.O. Henry and L.T. Doyle wrote Reports on what laurence said while in the shower with the water running They heard him loud and clear But were unable to hear Inmate Parra Harraseing plaintiff. while yelling in the same spot.

176 On 8/8/04 Inmate Parra put his Penis on Laurence's door, urinated on his door, spit on his door, washed his window with a toilet Brush, spit threw the crack of plaintiffs door, and called plaintiff Pettifile names. C.O. Grace ignored this while she was on the phone. Parra all so Exposed His scrotum wiped paper towels on it and then wiped Laurences window

177 On 8/9/04 2nd shift C.O. Grace told Cheryl Bailey what sounded like Bailey told her that laurence was trying to get out of his cuffs and that he tried to set her up. she said laurence picks and chooses. why didnt he do that to so and so. Cheryl Bailey said watch out hes looking. C.O. Gracie said I dont care, I Believe it I Believe what there saying Let him sue me to. I dont care

178 On 8/10/04 I Gave slip to cheryl Bailey, asking her to Give it to Hosp. I then gave her a second slip. asking to see a psychologist. I all so asked Deputy Reynolds and or Captain Headen to see a psycholgist! on Friday the 13 of August C.O. Tierny came to my door and said cris told me to tell you you talk to him or no one. no one else is gonna see you its him or no one. I said does he know Im

178 Sueing him, C.O. Tierny Replied, I dont know IM Just Telling you what he told me, I said YA ILL see him, ILL Beef up my Law Suit why not. I All so said hes a sociologist. a social worker, NOT A psychologist.

179 On Friday 8/13/04 I spoke to sociologist Cris For Two minutes, I said I was stressed out and the camera was driveing me crazy, Are you still Telling me IM delusional For saying Theres A camera in My cell. yes norman He Replied I JUST CANT See it. I Replied dont Feel BAD I CANT see it either BUT I Know its There cause every one is Talking ABOUT IT. He again told me I was delusional and suggested I see A DR whos A psychiatrist he said we GET him A couple HRS A week, you CAN see him A half hour, I never seen him As of this DATE.

180 on Friday 8/20/04 I WAS Brought To The classification Board. By c.o. LAdue. I went In SAT Down. WAS AsKed To step out. I WAS Given a direct order To STAND near a door Area I heard TONY AMaral saying how he could not Remember certain events pertaining To a civil suit. IT sounded Like he was suggesting To Deputy Reynolds That he do The same. The Deputy SAid He WAS not Loseing his peNTion And WAS not Gonna lie, TONY AMarul Talked ABOUT MR Bouley and how he WATches Norman Laurence on A camera TONY WAS AsKing The Deputy why I do certain

180
Things How I Stand with my hand on my hip How I masterbate, The Deputy said he cant even get a nut in peace with out everyone Talking about it. MR Amaral Told The Deputy That he Thought he was personaly involved. And asked The Deputy not To Tell The officers in main control That he Ratted Them out For letting him in To watch Laurence with out a security clearance. MR Amaral kept asking The Deputy about Laurences masterbateing habits and said his Reason For going in The Booth was cause he wanted To see For him self. MR Amaral is up set Be cause Joe Forgue Told him how I Told inmates in The Library About him and curt wilcox Allways in his office with The lights off playing music and Burning scented candles

181
On 8/15/04 while MR oliver Responded To a code inmate parra pulled out his penis and stroked it while threatening Laurence and calling him pettifile names he also washed Laurences door with a Toilet Brush. officer Gracie Just sat There Like it was no Big deal while MR Joe Parra slammed a mop up against Laurences window.

182
MR LAdue while Talking To MR Manningon 8/12/4 said That while Billy Bagonas was Talking To Joshuwa Flynn That he directed him By leading questions To say That Laurence Tried To see his dick while In The shower and That he got Junior To due The same

183
On or near August /04 while working 2nd shift F Block MR Volonte said Laurence wrote his 82 year old Grandmother and asked her For money He then spoke of Laurences letter That he sent To The State police and said Laurence Got it wrong it wasent his sister who got The ligour liscence it was his sister in Law

184
On or near 8/25/04 Laurence while In The shower told eddie how he caught MR Rossi Looking at his penis and how ms Gracie Flipped The script how First she was a witness and Then switched sides. LT. Doyle Flew out of The control Booth To write a Report, I Asked Duart Does Flip The script mean switching sides he said yA or switching storys

On 8/21/04 MR Simpson and a nurse were Talking while in F Module The nurse said I Turned out My Light and I was hideing and that The world was out. MR Simpson said Joe Forgue pulled Laurence's covers, said I sexualy Assault-ed a Two year old Boy and said Joe dont need a gun For him He thinks They like him There all Laughing at him. He will Be lucky if he ends up with $500 dollars after They Take 2500 For his Fines. he said he would pay For a Lie Detecter Test. Said shes gonna Testifie About Bath with A kid, Boy on A Floor The nurse Then said They cant use her cause shes got The pictures. MR Simpson said shes not gonna help him she cant stand him, Hes writeing ~~Book~~ Billy Like hes his Friend They cant stand The Ground he walks on. The nurse Then said (I heard some one sent her pictures of him holding that thing! It was at that moment that Laurence Realized what everyone was Talking About in Relation to pictures, other half. still shots. MR Brouilett yelling About A dildo. Saying MR Grant has pictures and hes not a scared to use them..

186
On 8/20/04 while standing out side the classification Board I heard Tony Amaral Talking about problems Between John Douglas and I Deputy Reynolds said That an informant Told him That MR Douglas pissed in Laurences Denture cup

187
On 8/24/04 MR Ladue Told MR Dennet while argue-ing That MR Douglas didnt piss in Laurences Denture cup he only Told pierce That To Find out who The Rat was. MR Dennet I Think said My ass he did Hes The Fuckin informant He went around Bragging about everything he was doing To The kid He picks and chooses He wouldnt go out in The parking lot with me

188
Officers have openly Talked Talked about How when They see Laurence out side or in The hallway They will pretend To Fix There pants and Then write in The Log Book That They caught Laurence Looking at there crotch MR Douglas MR Volonte MR North MR Manning MR Fennel, MR Rossi, MR Henry Just about every officer has done it. They call it planning Land mines, IF There called To The stand They will use The Book To show it happend.

189 On 8/24/04 while passing out Food Trays MR Ladue Told MR Dennet That Some one Got me That Morning MR Dennet said everybody Better leave Laurence alone Hes Been threw enough MR LAdue said Laurence Told half Truths and was insinoateing LAurence is a pettifile MR Dennet said he was Takeing laurence under his wing MR LAdue said you Better hope SIU dont investigate you. MR Dennet said your right The way They Be Directing people. MR Dennet said he seen her Giveing DAve a Blow JOB out in The parking lot. They Better hope He dont call me For a witness MR LAdue said he Tells on one he Tells on us all oh ya MR Dennet said Benjy is with me and with him comes The other one MR Dennet said he will Fight any one in The parking lot who dont Like it. and said John was Bragging To him how she Blew him in The parking lot

190 On 8/25/04 while standing AT my Toilet urinateing Trying not To Be WATched By A camera MR Rossi Looked in my window AT my penis And yelled The RATS ARe WATching The RATS ARe WATching Exciteing inmates Ali lions and wayne lee. He Then mimicked Deputy Reynolds and yelled Deputy Rossi dont do The count in The morning And uttered RATS And left.

# CLAIMS

191
Plaintiff avers that MR A.T. Wall was neglegent and Reckless in the superviseing of his employees and Failed to keep video tapes of Laurence in a safe secure place in PARAGRAPHS

192
Plaintiff avers that MR AT Wall was negligent and Reckless and that his policy of tapeing Laurence masterbateing was not a legitimate penological interest and was not Related to any legitimate security concerns in Paragraphs

193
Plaintiff avers that MR A.T. Walls policy was a violation of his First Amendment Right to Bodily privacy

194
Plaintiff avers that MR A.T Wall is the master servant and or Respondant and his employees actions were a violation of his Fourth Amendment Right to privacy

195
Plaintiff avers that MR A.T. Wall is the master servant and or Respondant and that his employees actions were a violation of his Fifth and Fourteenth amendment Rights

196
Plaintiff avers that the action of Defendants tormenting him with a psychiatrich Report for three years while he ate was cruel and unusual in violation of the Eighth amendment

197
Plaintiff avers that the actions of Defendants listening to him talk to the prison psychologist and then useing the information against him was cruel and unusual in violation of the Eighth Amendment.

198
Plaintiff avers that the actions of Defendants watching him on a video monitor and telling Every one what plaintiff does in his cell, and then denieing that theres a camera in his cell. After talking about it in front of him Every day was cruel and unusual in violation of the Eighth Amendment

199
Plaintiff avers the actions of MR John Douglas MR Pierce MR Volonte MR Spadoni MR North talking about what Laurence was seen doing on the video monitor was cruel and unusual punishment in violation of the

199 Eighth Amendment.

200 Plaintiff avers that Defendants MR Bouley MR McNulty and MR Dauray observed Laurence on a video monitor 24 HRS a Day watched him use the toilet Facilitys and master bate and told every one and then aided and abetted in Haveing Laurence seen By a Social worker who told Laurence he was Delusional For saying he was Being watched By a camera. This was cruel and unusual in violation of the Eighth Amendment

201 Plaintiff avers that Defendant MR Dauray who watches Laurence on a video monitor escorted him to the hospital and Forced him to see a Social worker who told Laurence he was delusional This was cruel and unusual in viola-tion of the Eighth Amendment

202 Plaintiff avers that the Social worker Cris who twice told Laurence he was delusional was malpractice and or cruel and unusual under the Eighth Amendment

203 Plaintiff avers that Defendants showing a female psychologist video tapes of Laurence violated his First and or Fourth Amendment Right to Bodily privacy as well as all other Rights because he was naked

204 Plaintiff avers that Defendants showing a female officer video tapes of plaintiff naked and masterbateing were a violation of his First and or Fourth amendment Right to Bodily Privacy

205 Plaintiff avers that Defendants listening to Laurence talk to a prison psychologist was a violation of his First and or Fourth Amendment Right to privacy

206 Plaintiff avers that a John and or Jane doe sent naked obscene photographs of him to his Ex girl in violation of his First Fourth Fifth eighth and Fourteenth Amendment Rights protected by the united States Constitution

207
Plaintiff avers that Defendant Mr A.T. Wall is Responsible for the John and or Jane does sending naked obseene photo Graphs of Laurence to his ex Girlfriend

208
Plaintiff avers that photographs were seen By his child and Family members and passed around and used For entertain ment.

209
Plaintiff avers that Defendants named in this action called plaintiff a child molester, diddler, Baby Blaster. And tormented him every day while he ate playing mind Games steering at his mouth and accuseing him of molesting Little Boys Little Girls and Babys

210
Plaintiff avers that Defendants in this action knew Plaintiff was commited to Buttler Hospital and they knew Plaintiff suffers From mental illness and paranoi schizophrenia. They Read his psychiatric Reports. They seen him not sleep for months they seen him cry in his cell for months they seen him pace Back and fourth They watched him there actions were cruel and unusaul in violation of the Eighth Amendment.

Plaintiff avers that MR A.T. Wall is Responsible For his employees. After he Became aware OF NAKed OBScene photoGRAphs Being Mailed To The public Depicting Laurence in his cell MR A.T. Wall and All his superiors TOOK no ACTion TO protect Laurence From The constant HARASSment. The need For Training was obvious and the inadequacy was so likely to result in violations of Plaintiffs Constitutional Rights which is deliberate indifference For Failure To Train and supervise the employes

Judgement

Plaintiff Asks For A Jury TRial and To Be AwARded DAmages in the amount OF one hundred thousand dollars For each and every claim, and Asks For one hundred Thousand dollars For each and every photoGRAph.

Plaintiff Asks To Be Awarded punitive DAmages personaly against each and every DeFendant.

whereFore I pRAy this will Be Granted plus costs

Respectfully
Norman Laurence