RECEIVED
MAR 12 2007
Property of U.S. District Court
District of Rhode Island

Dear Justice Mr Jacob Hagopian 3/8/07

IM Being denied copys To serve defendants with This Law suit CA no 07-066 ML. Ive sent Michael Grant 2 letters Asking him To Tell The LiBrary OFFicer To Allow Me The copys. The LiBrary OFFicer SAid IM Indigent There Fore IM only allowed Two hundred copys A Month- Ive Been charged For copys The Money Is Allways TAken But now IM Indigent- I disagree with All due respect I need A court order so That I can Make 50 copys of This legal claim. And I need The ACI To provide me with 50 yellow LeGAl Envelopes And 50 white envelopes so I can serve defendants properly. The cart is now TAkeing Money so I can not AFFord This, IF I were To Ask For T shirts + Socks or To MAil Free MAil They will Tell me people send you Money So your not Indigent But Its Being TAken. Then on The other hand There Telling me IM Indigent So IM only Allowed 200 copys could you please Ask Michael Grant To TAke care of This? with all due Respect Thankyou

Respectfully
Norman Lawrence

5