**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORMAN LAURENCE**

**v.** **C.A. No. 07 - 066 ML**

**A.T. WALL**, et al.

# ORDER

This matter is before the Court on two motions filed by the *pro se* plaintiff.

First, plaintiff seeks this Court to order the named -yet unserved - defendants to provide him with free access to a photo-copy machine. Plaintiff indicates that, since he is indigent, the RI DOC only permits him to make 200 free copies per month. Plaintiff also seeks, by way of the instant motion, free legal pads and envelopes from the RIDOC. Plaintiff, however, cites no statutes or case law to support such a request for "free" materials. Accordingly, plaintiff's motion is **DENIED**.

Second, plaintiff seeks to transfer a case to this venue that he filed in the Rhode Island Superior Court. Plaintiff's motion is **DENIED**. See 28 U.S.C. § 1441(a)(the right to remove a civil action is vested exclusively with the defendant or defendants).

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
March 20, 2007