United STATES DisTrict court
For The district OF Rhode Island

Norman Laurence

v CA no 07-066 ML

A.T. WAll, eT al

For ReArGueMent

Motion For court order For service of process And copys and Envelopes.

The plainTiFF in This ABove enTiTled Matter Filed MoTion with This Honorable court To have The Adult correcTional InsTiTuTions ordered To Allow him To have his LAW SuiT LAurence v A.T. WAll eT al copied So That he MAy serve The 54 ACI deFendanTs. The court denied LAurences MoTion For copys as well As For LeGAl MATerials. STATE Mr LAurence ciTes no LAW.

with All due respect The plainTiFF AsKs This courT To reconsider his MoTions on The Following Grounds. plainTiFF Filed This LAW SuiT LAurence v A.T. WAll 07-066 ML on FeBuary 22 2007 That Gives LAurence unTill on or near June 22 2007 To serve 54 deFendanTs

On March 5th 2007 plaintiff recieved A letter From Mr David A DiMarzio clerk of the court Explaining that plaintiff pursuant To rule 4 of the Federal Rules of civil procedure is Required To effect service on named defendants and can be done via interdepartmental Mail A copy of the complaint and the Above forms need To Be Attached notice of Law suit And Request For ~~a~~ waiver of service of summons, and A waiver of service of summons. I do not have Access To The Federal rules But IM pretty sure upon Fileing A Law suit I have 4 Months To serve defendants. Minus A Month That leaves Me 3 Months. As IM Being Told IM indigent IM only Allowed 200 copies A Month. My civil claim is 116 pages Long in order To comply with Federal Rules I need 54 copys of the civil claim which comes To 6,264 copys IF IM held To 200 copys A Month it will TAKE Me 3 years and 2 Months To Follow The rules of Federal court To commit service on defendants it seems off But it comes To A little over 3 years its physically impossible For Me To MAKE service on defendants with out A court order From This court. This is The SAME GAME I played with defendants in STATE

Court. On March 6th 07 I asked to copy The law suit I was denied and told I was indigent when I had $36.00 in my account and recieved $15.00 more. Since then money has been taken out. The Federal Court as you know will take out money from my account for fileing fees which will leave me with $10.00 a month thats provideing family sends me money. Out of the 10.00 dollars a month the ACI will take all of it for the 6.264 copys. I need to make. I will also be charged for case law the library dont have. Im also expected to buy stamps, cosmetics, paper, and envelopes, which I cant because they will take my money for copys. law work and postage. Im charged postage for legal mail I send to the court if I dont have stamps, the ACI mails my legal mail and subtracts the cost from my account. Even more troubling is inorder to be determined indigent so I can recieve paper, envelopes, and be allowed to send 3 personal letters a week I cant recieve no money for two months. everytime some one sends me $10.00 or $20.00 it will be taken by the Federal court and ACI for postage

The 6,264 copys. CASE LAW I'M Forced TO purchase And any Medical Expences, Even Though The Money will Be immediately ConFiscated. Ill Be determined not indigent Because There was A deposit right now I have no paper or stamps Ive Gotten no store order last week. I mailed A letter To channel 6 news certified mail I was charged $4.88. so I had Money. But I recieved no store order. its All A GAME. I Think its cruel and unusual Treatment I'm A paranoid schitsophrenic Being subjected to mind GAMES. Griffin v illinois 351 U.S. 12 76 S.CT 585 and Burns v ohio 360 U.S. 252 79 S.CT 1164 STATES it Also protects all inmates right To File com plaints whether Meritorious or not. please see washington v JAMES 782 F2d 1134 A prisoner has A constitutional right of access To the courts For The purpose of presenting his claims a right That prison officials cannot unreasonably obstruct and That STATES have affirmative obligations TO Assure Bounds v Smith 430 U.S. 817 821-23 97 S.CT 1491, 1494-95 wolf v Mcdonald 418 U.S. 539 577-80 94 S.CT 2963 2985-86. See also Brown v GraBowski cite as 922 F2d 1097 constitutional right of Access to courts is well settled Chambers v Baltimore ohio Railroad 207 U.S 142

28 U.S.C 34, Wolf v McDonald 418 U.S. 539 94 S.CT 2963 Fourteenth Amendment due process clause assures citizens access to courts to represent allegations that fundamental constitutional rights have been violated California Motor Transp Co v Truck unlimited 404 U.S 508 92 S.CT 609 First Amendment right of association encompasses right to of access to agencies and courts to be heard on applications for operating rights sought by competitors A deprivation of the constitutional right of access to the courts clearly is actionable under section 1983. see Ryland v Shapiro 708 F2d 967 972 5th Cir 1983 But only when the state has custody of an individual must its actors ensure that the individual recieves due process. provide assistance in gaining access to the courts see Bounds v Smith 430 U.S. 817 97 SCT 1491 and Lewis v Casey with all due respect your Honor This is A very serious matter. I'm Being tormented with A camera and I'm desperately seeking relief from this court. This morning I mailed A letter to the commander of the state police ACI Grounds I told him I thought I heard a officer say

My Motions To Transfer was Being denied Sure enough 130 PM Today I Get The Motion denied I Thought The Guard SAid we dont have To Give him LeGAL supplys neither There LAUGhing in My FAce. with All due respect IM requesting To Be provided with 54 copys OF My LAW SuiT. The waiver Forms and The 54 white envelopes That rule 4 SAys IM suppose To send. For them NoT To provide iT is A Denial of Access To Courts. IM A ward of The STATE. I was sentenced To Life with out parole The A.C.I is suppose To pay My Bills not My Elderly Mom who is on SSI. with All due respect.

with All due respect IM requesting To Be provided with reasonable writeing MATerials, paper, envelopes, To not provide Me with such is A denial OF Access To Courts

with All due respect IM requesting To Be Allowed To Copy MoTions For this Court And For Mr Grant. I have no copys. IF IM charged with copys iT will cost Me $313.20 not counting The $350.00 Fileing Fee Thats $663.20 I have no JoB. I Cant pay $663.20 and Buy paper, envelopes, pens STAMPS

IM ASKING THIS COURT TO EITHER GRANT ME FORMA PAUPERIS FOR ALL THE ABOVE OR ORDER THE ACI TO PROVIDE ME WITH THE COPYS AND BILL MY ACCOUNT. ALSO THAT ONCE THEY BILL ME THEY PROVIDE ME WITH WRITEING MATERIALS AT STATE EXPENSE. THIS MOTION IS WITH ALL DUE RESPECT.

I ALSO RESPECTFULLY REQUEST TO BE ALLOWED TO COPY THE 80 PAGE CIVIL CLAIM I FILED WITH YOUR COURT I MAILED IT ON 2/28/07 IVE RECIEVED NO CASE NUMBER OR NOTIFICATION THAT CLAIM ALSO WILL NEED ABOUT 65 COPYS THATS ANOTHER 5.200 COPY'S AND ANOTHER $260.00 WHICH PUTS ME $923.20 IN THE RED. WITH ALL DUE RESPECT I NEED TO SERVE THESE DEFENDANTS AND I NEED WRITEING MATERIALS TO PROSECUTE MY CLAIM. THEY ARE PUNISHING ME FOR THESE LAW SUITS

80
65
400
480
5200
5
260.00

260.00
663.20
923.20

RESPECTFULLY

Norman Stevens

THANK YOU!