PAGES 1 Threw 5

United STATES DiSTricT COurT
For The DiSTricT OF Rhode ISLAnd

Norman Laurence

CA No. 07-066

v

A.T. Wall, eT al

PlainTiFFS MoTion For A CourT order.

Now comes Norman Laurence JR in The above entitled Matter And STATES The Following he has used due diligence in Requesting permission From the department of corrections To serve ACI defendants By writeing Michael Grant 3 letters. and By requesting permission From Deputy Collins. And By request ing permission From The LiBrary OFFicer Kevin Manning. c/o Manning SAid I had All ready had My limit 200 per month As I was indigent on March 8 2007 on 3/9/07 My Available Balance was 33.38. I was not indigent. Michael Grant has ignored My request

2

I spoke To Deputy Collins on or near 3/21/07 about service. she Told me she would Get Back To me. I Again Talked To Donna Collins on or near 3/26/07. she asked me why dont I wait untill the out come of my state civil suit Before Fileing in Federal court. I Explained its new FACTS And According To court Rules AFTer Fileing A civil claim I must serve defendants with in 120 days or my complaints will Be dismissed For Norman Laurence JR v Ashbell T Wall II ET AL CA No 07-066 ML. I have To serve 60 defendants The complaint is 116 pages Long it comes To $5.80 To copy each civil claim AT A cost of Three hundred and Forty Eight dollars. The Deputy is uncomfortable with The massive process. I suggested Mr Grant Except service For All defendants OF The ACI she agreed and LeFT she agreed it made sense. But has no AuThority. Ive Been Threw All The Tricks, and Turns and Ive Been Threw Mr Grants Tactics AT stalling in The past. This has been going on since 2003 I Respectfully Request That This Honorable Court issue A court order To

The Adult correctional institutions to provide me with the means to perform service of process pursuant to rule 4 of the Federal rules of civil procedure That I Be provided 60 yellow legal Envelopes, And 60 white envelopes and 60 Notice of Lawsuit and Request For waiver of service of summons and 120 waiver of service of summons its important to Be Extremely specific cause Ive learned every thing the hard way I have no means to pay for 60 copys and I dont have $348.00 with All due respect I Ask they Be ordered compelled and That I Be Billed or That I Be Granted Forma pauperis.

Where Fore I pray This Motion will Be Granted

Respectfully submitted
Norman Lawrence

See Attached legal Arguement

# Legal Arguement

Washington v James 782 F2d 1134 A prisoner has a constitutional right of access to the courts for the purpose of presenting his claims, A right that prisoner officials cannot unreasonably obstruct and the states have affirmative obligations to assure Bounds v Smith 430 U.S. 817 821-23 97 S.CT 1491, 1494-95 Wolf v Mcdonald see Brown v Grabowski cite as 922 F2d 1097 3d cir 1990 paragraph 14-16 The due process clause of the Fourteenth amendment imposes upon state actors an obligation to refrain from preventing individuals from obtaining access to the civil courts Ryland v shapiro 708 F2d 967, 972 5th cir 1983 only when the state has custody of an individual must its actors to ensure that individual recieves due process provide assistance in gaining access to courts Bounds v Smith 430 U.S 817 97 S.CT 1491 Fundamental right of access to the carts requires prison authoritys to assist inmates in prepera tion and fileing of meaningful legal papers. ~~Wolf v Mcdonald 418 U.S at 578 80 - 94 S.CT at 2985-87 Fundatental~~

5 LEGAL ARGUEMENT

with All due respect I Believe Lewis v Casey And The Federal civil court rules For service of process Give me Ground To seek A court order. also I wrote Judge Jacob Hagopian seeking a order To compel the ACI To Give me Legal supplys. Because I Believed the court Took My Money Because I did not Get no order For Two weeks. on 3/28/07 I recieved The Enclosed inmate ledger and learned That I had $12.94 in my Account And That on 3/13/07 I was charged $10.00 For paper, envelopes and stamps, And The Money was returned on 3/16/07 on 3/20/07 I was charged ~~For~~ $9.14 For paper envelopes stamps and The Money was put BACK on 3/23/07 I was denied Legal supplys From 3/16/07 untill 3/30/07 no Fault of My own on ~~3/30~~ 3/30/07 I was Finaly Given paper + envelopes I wanted To show I was not ~~un~~ Truthfull when I did not Get My store orders I Thought I had no money.

Where Fore For I pray This motion will Be Granted

Respectfully
submitted
Norman Lawrence