**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORMAN LAURENCE**

**v.** **C.A. No. 07 - 066 ML**

**A.T. WALL**, et al.

**ORDER**

This matter is before the Court on a motion filed by the *pro se* plaintiff for reconsideration of an Order issued on March 20, 2007, which denied his request seeking the Rhode Island Department of Corrections to provide 6,264 photo-copies of documents in the above captioned case. Said motion to re-consider is **DENIED**. Plaintiff has presented no new facts or legal arguments which would alter this Court's previous Order. Moreover, the Rhode Island Department of Corrections is under no obligation to provide such a burdensome request.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
April ~~24~~ 25, 2007