**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORMAN LAURENCE**

**v.** **C.A. No. 07 - 066ML**

**A.T. WALL**, et al.

**ORDER**

This matter is before the Court on a motion filed by the *pro se* plaintiff wherein he seeks this Court's docket to reflect his demand for a jury trial. See Fed. R. Civ. P. 38. Said motion is **GRANTED**. The Clerk of Court shall note in the docket plaintiff's demand for a jury trial.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
April 25, 2007