**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORMAN LAURENCE**

**v.** **C.A. No. 07 - 066 ML**

**A.T. WALL**, et al.

**ORDER**

This matter is before the Court on a motion filed by the *pro se* plaintiff wherein he seeks from the Rhode Island Department of Corrections free legal materials. Said motion is **DENIED.** The Rhode Island Department of Corrections provides free legal materials to indigent inmates pursuant to the prison's internal policies without the need for a Court Order.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 30 April 07