Dear Honorable Judge Lisi 5/22/07

Ive sent three motions to the court requesting a court order to compel the ACI to copy my civil claims. Ive been repeatedly denied. CA. no 07-066 ML thats Laurence v A.T. Wall CA no 07-066 ML was filed Febuary 07. I have until next month to serve approximately 50 defendants Ive served 3. Next month comes very fast. We have access to the law clerk only twice a week. If he has a visit or if the library is closed we dont see him. So a month is very short I have 120 days to comply with rule 4. its down to about 30 days

I have the other civil complaint Laurence v A.T. Wall 07-081 ML a 80 page complaint the allegations begin May 20 2004. Ive asked for a court order to compel the ACI to copy this law suit and have been denied the deputy told me she will not allow me copys with out the okay from legal counsel. Mr Grant wrote me + told me I need to serve all defendants and comply with rule 4.

[illegible]

nevertheless Im subjected to a stuff off untill Mr Grant tells the deputy to allow me the copys. I need the courts assistance otherwise this will go on for ever can you please assist me with this problem. Ive submitted lengthy arguements why the ACI should be compelled to allow the copys. with all due respect

respect fully

Norman Lawrence

cc/ Mr Grant
cc/ Me