UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

Norman Laurence Jr

V CA no 07-066 ML

Ashbel T Wall et al

OBECTION TO RECOMMENDATION

Honorable senior United States Magistrate Judge Jacob Hagopian. I OBJECT TO The dismissal But I Agree I violated Rule 8, I Ask permission To Amend And That Both cases Be Treated As one and That I Be charged only one Fileing Fee instead of The Two I owe. See CA No 07-081 ML For ArGuement where Fore I pray this Motion will Be Granted

RespectFully
Submitted
Norman Laurence JR 6/19/07