UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORMAN LAURENCE, JR.

v. CA 07-066 ML

ASHBEL T. WALL, II, et al.

ORDER

This matter is before the Court on Plaintiff's objection to a Report and Recommendation issued by Senior U.S. Magistrate Judge Hagopian on June 12, 2007. In the Report and Recommendation, Senior U.S. Magistrate Judge Hagopian recommends that Plaintiff's complaint be dismissed without prejudice because it violates Fed. R. Civ. P. 8. In his objection, Plaintiff concedes that he "violated rule 8."

Accordingly, this Court adopts the Report and Recommendation. The complaint is dismissed without prejudice.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
June 27, 2007